```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0056--CV (JWS)
                "ROBERT BORGEN V UNITED PARCEL SERVICE"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 03/21/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (790) Other labor litigation

            Origin: (2) Removed from State Court
            Demand: 600
        Filing fee: Paid $250.00 on 03/21/05 receipt # 00125316
          Trial by: Jury
```

Parties of Record:                                  Counsel of Record:

PLF 1.1           BORGEN, ROBERT                    Dennis R. Acker
                                                    329 F Street, Suite 220
                                                    Anchorage, AK 99501
                                                    907-222-2885
                                                    FAX 907-222-2889

DEF 1.1           UNITED PARCEL SERVICE             Thomas M. Daniel
                                                    Perkins Coie
                                                    1029 W. 3rd Avenue, Suite 300
                                                    Anchorage, AK 99501-1981
                                                    907-279-8561
                                                    FAX 907-276-3108

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0056--CV (JWS)
                "ROBERT BORGEN V UNITED PARCEL SERVICE"

                         For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 03/21/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (790) Other labor litigation

             Origin: (2) Removed from State Court
             Demand: 600
         Filing fee: Paid $250.00 on 03/21/05 receipt # 00125316
           Trial by: Jury
```

```
Document #   Filed       Docket text

   1 -   1   03/21/05    DEF 1 Notice of Removal from Superior Court for State of Alaska
                         3AN-05-5523 CI.

   2 -   1   03/21/05    DEF 1 Notice to adverse parties of filing notice of removal.

   3 -   1   03/21/05    DEF 1 Notice of filing pleadings w/att exh.

   3 -   2   03/21/05    PLF 1 Jury Demand.

   4 -   1   03/21/05    DEF 1 Service List.

   5 -   1   03/21/05    DEF 1 Disclosure Statement.

   6 -   1   03/23/05    JWS Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                         file copies of state crt docs & svc list w/i 10 days. cc: cnsl

   7 -   1   04/12/05    DEF 1 Answer to Complaint.

   8 -   1   04/13/05    JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

   9 -   1   05/12/05    DEF 1 S & P Conference Report.

  10 -   1   05/31/05    JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                         01/13/06; Dispositive mots ddln 02/13/06; 5 dy TBJ estimate. cc: cnsl

  11 -   1   07/13/05    DEF 1 motion for partial summary judgment w/att exhs.

  12 -   1   08/09/05    JWS Order granting motion for partial summary judgment (11-1). cc: cnsl

  13 -   1   08/10/05    PLF 1 opposition to DEF 1 motion for partial summary judgment (11-1)
                         w/att aff.

  14 -   1   08/23/05    PLF 1 motion for relief from partial summary judgment on counts II & V
                         w/att exhs.

  15 -   1   08/25/05    JWS Minute Order that def file response to mot for reconsideration @ dkt
                         14 by 9/7/05; no reply to be fld unless requested by crt. cc: cnsl
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0056--CV (JWS)
                         "ROBERT BORGEN V UNITED PARCEL SERVICE"

                                     For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 09/07/05 | DEF 1 opposition (response) to PLF 1 mot for relief from part sj on cts II & V (14-1) w/att exh. |
| 17 - 1 | 09/22/05 | JWS Minute Order denying mot for relief from part sj on cts II & V (14-1). cc: cnsl |
| 18 - 1 | 11/17/05 | DEF 1 Final Witness List. |