RECEIVED
FEB 1 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

1  Dennis Acker, Esq. Bar No. 9911055
   ACKER & ASSOCIATES
2  329 F. Street, Suite 220
   Anchorage, AK 99501
3  (907) 222-2885
   Fax (907) 222-2889
4
   Attorneys for Plaintiff
5  Robert Borgen

## UNITED STATES DISTRICT COURT FOR THE

## STATE OF ALASKA

| | |
|---|---|
| ROBERT BORGEN, Individually, | Case No.: A05-56 CV (JWS) |
| Plaintiff, | MOTION FOR REMAND AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT |
| vs. | |
| UNITED PARCEL SERVICE, a foreign corporation. | |
| Defendants. | |

COMES NOW Plaintiff Robert Borgen, by and through his counsel of record, Dennis R. Acker, Esq. respectfully moves this court for remand to the Superior Court for the State of Alaska Third Judicial District in Anchorage pursuant to 28 USCA Sec. 1448. This motion is based upon the affidavit of Robert Borgen, the attached memorandum of points and authorities and all pleadings, motions and other documents filed in this case.

Plaintiff's Motion for Remand
Borgen v. UPS et al.
Page 1

MEMORANDUM OF POINTS AND AUTHORITES

**I.  This Court No Longer Has Proper Federal Question or Diversity Jurisdiction Over This Case.**

This case was originally filed on February 25, 2005 in the Superior Court of the State of Alaska Third Judicial District in Anchorage. The case originally contained federal claims and the defendant removed the case to federal court based upon both federal question and diversity jurisdiction. On August 9, 2005, pursuant to a motion for partial summary judgment granted summary judgment as to all federal question claims leaving only state law claims. Thus no federal question jurisdiction pursuant to 28 USCA Sec. 1331 remains in this case.

Filed concurrently herewith is an affidavit of Plaintiff Robert Borgen. After conducting research into his total damages, he has concluded that his total damages in this case do not exceed $75,000 exclusive of interest and costs. His affidavit relates that he has not suffered and he is not seeking in excess of $75,000 in this case. Therefore, no basis for federal diversity jurisdiction pursuant to 28 USCA Sec. 1332 exists any longer in this case. There is no other basis for federal jurisdiction in this case. Where no federal jurisdiction exists, plaintiff has the right to remand to state court. 28 USCA Sec. 1448.

Wherefore, Plaintiff Robert Borgen respectfully requests that this court remand this case to state court for adjudication.

DATED this 6th day of February 2006.

RESPECTFULLY submitted,

Dennis R. Acker, Esq.
Bar No. 9911055
Acker & Associates
329 F. Street, Suite 220
Anchorage, AK 99515
(907) 222-2885

Plaintiff's Motion for Remand
Borgen v. UPS et al.
Page 2

## CERTIFICATE OF SERVICE

I Dennis R. Acker, certify that on February 6th 2006 the above document was served upon the person listed below by depositing this document in the U.S. Mail to the following address.

Tom Daniels, Esq.
Perkins Coie, LLP
1029 W. Third Ave. Suite 300,
Anchorage, AK 99501

*[signature]*

Plaintiff's Motion for Remand
Borgen v. UPS et al.
Page 3