Dennis Acker, Esq. Bar No. 9911055
ACKER & ASSOCIATES
329 F. Street, Suite 220
Anchorage, AK 99501
(907) 222-2885
Fax (907) 222-2889

Attorneys for Plaintiff
Robert Borgen

RECEIVED
FEB 10 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## UNITED STATES DISTRICT COURT FOR THE

## STATE OF ALASKA

| | |
|---|---|
| ROBERT BORGEN, Individually, | Case No.: A05-56 CV (JWS) |
| Plaintiff, | ORDER ON MOTION FOR REMAND |
| vs. | |
| UNITED PARCEL SERVICE, a foreign corporation. | |
| Defendants. | |

The present motion comes before the court on Plaintiff's Motion for Remand. The Court having reviewed the briefs of the parties and being fully apprised on the motion hereby grants plaintiff's motion for remand. The court remands the entire action to the Superior Court for the State of Alaska Third Judicial District at Anchorage.

IT IS SO ORDERED.

Dated this ___ day of _____ 2006

_____
Honorable John W. Sedwick
U.S District Court Judge

Plaintiff's Motion for Remand
Borgen v. UPS et al.
Page 1

## CERTIFICATE OF SERVICE

I Dennis R. Acker, certify that on February 6th 2006 the above document was served upon the person listed below by depositing this document in the U.S. Mail to the following address.

Tom Daniels, Esq.
Perkins Coie, LLP
1029 W. Third Ave. Suite 300,
Anchorage, AK 99501

*[signature]*

Plaintiff's Motion for Remand
Borgen v. UPS et al.
Page 2