RECEIVED
FEB 1 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Dennis Acker, Esq. Bar No. 9911055
ACKER & ASSOCIATES
329 F. Street, Suite 220
Anchorage, AK 99501
(907) 222-2885
Fax (907) 222-2889

Attorneys for Plaintiff
Robert Borgen

# UNITED STATES DISTRICT COURT FOR THE

# STATE OF ALASKA

| | |
|---|---|
| ROBERT BORGEN, Individually, | Case No.: A05-56 CV (JWS) |
| Plaintiff, | AFFIDAVIT OF ROBERT BORGEN |
| vs. | |
| UNITED PARCEL SERVICE, a foreign corporation. | |
| Defendants. | |

I, Robert Borgen, state and allege as follows:

1. I originally brought this case in state court subject to state court jurisdiction. This cased was removed to federal court by the defendant.

2. I have less than $75,000 in total damages exclusive of interest and costs for all claims currently before this court. I am not seeking and do not have damages sufficient for federal diversity jurisdiction.

3. The only remaining claims presently before the court are state law claims.

Affidavit of Robert Borgen
Borgen v. UPS et al.
Page 1

## CERTIFICATE OF SERVICE

I Dennis R. Acker, certify that on February __ 2006 the above document was served upon the person listed below by depositing this document in the U.S. Mail to the following address.

Tom Daniels, Esq.
Perkins Coie, LLP
1029 W. Third Ave. Suite 300,
Anchorage, AK 99501

Affidavit of Robert Borgen
Borgen v. UPS et al.
Page 3

4.  I would like to have my case remanded to state court for adjudication.

I state under penalty of perjury that the foregoing is true and correct.

Executed this _6_ day of February 2006 at Anchorage, Alaska.

_____
Robert Borgen

WITNESS my hand and official seal the day and year last hereinabove written.

_____
Notary Public, State of Alaska

My commission expires: _8-22-09_

DATED this _6th_ day of _Feb_, 2006.

Notary Public
Patricia N. Moriarty
Commission Expires 8/22/09
Commission No. 101347

Affidavit of Robert Borgen
Borgen v. UPS et al.
Page 2