Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT BORGEN,

                Plaintiff,

v.

UNITED PARCEL SERVICE,

                Defendant.

Case No. A05-0056 CV (JWS)

**ERRATA TO DEFENDANT'S MOTION TO EXTEND
DEADLINE FOR DISPOSITIVE MOTIONS**

Attached hereto is the Proposed Order relating to Defendant's Motion to

Extend Deadline for Dispositive Motions which was inadvertently not filed with

the Motion.

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ERRATA TO DEFENDANT'S MOTION
TO EXTEND DEADLINE                    - 1 -                    [/DOCUMENT.01]

DATED:  February 13, 2006.

PERKINS COIE LLP
Attorneys for Defendant


By  s/_____
    Thomas M. Daniel
    Alaska Bar No. 8601003


    1029 West Third Ave., Suite 300
    Anchorage, Alaska  99501
    907/279-8561/907-276-3108 (fax)
    tdaniel@perkinscoie.com


I hereby certify that a true and correct
copy of the foregoing will be served
electronically on Dennis Acker this 13th
day of February, 2006.
s/_____
Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ERRATA TO DEFENDANT'S MOTION
TO EXTEND DEADLINE                    - 2 -                    [/DOCUMENT.01]