Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT BORGEN,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE,<br><br>                Defendant. | |

Case No. A05-0056 CV (JWS)

**PROPOSED ORDER**

Having considered defendant United Parcel Service's motion to extend the deadline for filing dispositive motions, any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED.  The deadline for filing dispositive motions in this case is extended until ten days after the Court rules on plaintiff's motion to remand.

DATED: _____.

By _____
Honorable John W. Sedwick

I hereby certify that a true and correct copy of the foregoing will be served electronically on Dennis Acker on February 13, 2006.
s/_____
Thomas M. Daniel

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER    - 2 -    [00895-1012-000000/AA060440.011]