Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT BORGEN,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE,<br><br>        Defendant. | Case No. A05-0056 CV (JWS) |

**DEFENDANT'S MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**

    Defendant United Parcel Service moves the Court to extend the deadline for filing dispositive motions due to the fact that plaintiff has filed a motion for remand to state court. The deadline for filing dispositive motions in this case is February 13, 2006. However, on February 10, 2006, plaintiff filed a motion to remand this case to state court, which defendant will oppose. However, because of the pendency of plaintiff's motion to remand, defendant should not be required to file its expected motion for summary judgment until the remand issue has been resolved. Accordingly, defendant moves to extend the deadline for filing

DEFENDANT'S MOTION
TO EXTEND DEADLINE    - 1 -    [00895-1012-000000/AA060440.008]

dispositive motions until ten days after the Court rules on plaintiff's motion to remand.

DATED: February 14, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant


By s/ Thomas M. Daniel
   Thomas M. Daniel
   Alaska Bar No. 8601003

   1029 West Third Ave., Suite 300
   Anchorage, Alaska 99501
   907/279-8561/907-276-3108 (fax)
   tdaniel@perkinscoie.com

I hereby certify that a true and correct
copy of the foregoing will be served
electronically on Dennis Acker this 14th
day of February, 2006.
s/  Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DEFENDANT'S MOTION
TO EXTEND DEADLINE                - 2 -                [00895-1012-000000/AA060440.008]