


Department of Veterans Affairs
4201 Tudor Centre Drive
Suite 115
Anchorage AK  99508-5914

February 6, 2006

Alaska Teamster-Employer Pension Trust
520 E. 34th Avenue, Suite 107
Anchorage, AK 99503-4116

To Whom It May Concern:

Mr. Robert R. Borgen has requested this letter in support of his request for disability pension.  Mr. Borgen has been my client since March of 2003.

Mr. Borgen is rated as 70% disabled for combat related Post Traumatic Stress Disorder by the Department of Veterans' Affairs. He considered unemployable and is therefore compensated at the 100% disability rate.

In my opinion, the disability began when Mr. Borgen was unable to return to work in early 2003.  Mr. Borgen's disability is rated as total and permanent, and therefore is expected to last for the remainder of his life.

In terms of percentage of disability to the whole person, I would agree with the above stated rating that Mr. Borgen's disability is 100% permanent and total.

Thank you for the opportunity to provide this information for Mr. Borgen.

Sincerely,

James K. Timmons, Ph.D.
Clinical Psychologist

