# NATIONAL MASTER UNITED PARCEL SERVICE AGREEMENT
# and
# WESTERN REGION
# and
# Local 959 Alaska Supplemental Agreements



**For the Period:**
**August 1, 2002 through July 31, 2008**

Exhibit C
Page 1 of 5

is being operated by or has been or is, during the course of employment, under the control of any employee(s).

## ARTICLE 19 - OVERTIME AND HOLIDAY PERIODS

The Company shall continue its efforts to reduce overtime where requested. If the review does not indicate that progress is being made in the reduction of assigned hours of work, the following language shall apply. An employee shall have the right to file a grievance if the Company has continually caused him to work over nine and one-half (9-1/2) hours per day. This procedure will not apply in the peak season of November and December.

The Company recognizes the desirability to minimize the number of employees working during holiday periods.

## ARTICLE 20 - WORKDAY-WORKWEEK

### SECTION 1 - FEEDER DRIVERS

(a) The regular scheduled work day, except as provided in subsection (b) below, shall consist of eight (8) consecutive hours, with an established start time, excluding a non paid meal period of either one-half (1/2) or one (1) hour as provided in each respective area or local Addendum or Rider. The regular scheduled work week, other than as provided in subsections (b) and (c) below, shall consist of five (5) consecutive days Monday through Friday or Tuesday through Saturday; provided however, when operating needs must be met through the establishment of a regular Sunday sort, the Employer may establish a Sunday through Thursday work week.

(b) Those area or local Addendum's or Riders that provide for a work day and work week of four (4) ten (10) hour days shall remain in effect for the term of this Agreement.

(c) The start time for a regular scheduled Monday work day may be established between the hours of 9:00 p.m. (2100 hours) and 12:00 midnight (00 hours) on the preceding Sunday without the payment of premium pay or overtime rates of pay.

- 169 -

(d) Prior to implementing a four (4) day, ten (10) hour work week on newly established feeder runs, the Employer shall meet jointly with the Local Union to negotiate the terms under which a four (4) day, ten (10) hour work week may be implemented, subject to ratification of the affected feeder drivers.

### SECTION 2 - PACKAGE CAR DRIVERS

(a) The regular scheduled work day shall consist of eight (8) consecutive hours, with an established start time, excluding a non paid meal period of either one-half (1/2) or one (1) hour as provided in each respective area or local Addendum or Rider. The regular scheduled work week shall consist of five (5) consecutive eight (8) hour days Monday through Friday or Tuesday through Saturday, subject to the provisions of (b) below.

(b) It is agreed that no employee with a seniority date prior to August 1, 1996, will be forced on to a Tuesday through Saturday work week unless otherwise mutually agreed to or unless the employee bid such work week in accordance with the bidding procedures set forth in Article 6, Section 2.

(c) Start times shall be posted on the prior Friday of the week for which the starting times shall be effective. Employees who are ordered to report for work prior to said scheduled starting times shall receive time and one-half (1-1/2) for all hours worked prior to their regular starting time. Employees who are ordered to report for work later than their scheduled starting time shall receive time and one-half (1-1/2) for the number of hours equal to the number of hours called into work after their scheduled start time.

### SECTION 3 - PART-TIME EMPLOYEES

(a) The regular scheduled work day shall consist of three and one-half (3-1/2) consecutive hours and the regular scheduled work week shall consist of five (5) consecutive days Monday through Friday or Tuesday through Saturday; provided however, when operating needs require the establishment of a Sunday sort, the Employer may implement a Sunday through Thursday work week. Nothing contained in this provision is intended to modify or pre-

- 170 -

## SECTION 2 - HANDLING OF DISCHARGES AND SUSPENSIONS

Any case pertaining to a discharge or suspension shall be handled as follows:

No employee(s) shall suffer suspension or discharge without the employee(s) having been given a written warning notice wherein the facts forming the grounds for such warning notice are clearly set forth. The facts therein set forth must be of the same type as those upon which such suspension or discharge is founded.

(a) In cases of: (1) proven dishonesty; (2) drinking of alcoholic beverages while on duty; (3) recklessness resulting in a serious accident while on duty; (4) the carrying of unauthorized passengers; (5) unprovoked assault on an employee or a supervisory employee while on duty; (6) selling, transporting or use of illegal narcotics while in the employment of the Employer; or (7) willful, wanton or malicious damage to the Employer's property, shall be dischargeable offenses without the necessity of a warning letter being in effect.

(b) Within ten (10) days of the occurrence of the alleged cause for discharge or suspension, the Employer shall give written notice by certified mail to the employee and to the Local Union of its decision to discharge or suspend the employee, and such notice shall set forth the reason or reasons for the discharge or suspension. If the Employer fails to give such written notice within the specified ten (10) day period, the right to discharge or suspend for that particular reason shall be waived. But this shall not preclude the Employer from introducing as evidence, should a subsequent discharge or suspension occur, any reason or reasons to substantiate unsatisfactory work performance arising out of circumstances which occurred during the nine (9) month period immediately preceding the date of discharge or suspension notice. However, in order for any such reason to be introduced by the Employer, the Employer must have given warning notice, by certified mail, to the employee and to the Local Union of the circumstances giving rise to such reason within ten (10) days, exclusive of Saturday, Sunday and holidays, of the occurrences of the circumstances. Such

- 178 -

warning notice may not be submitted for consideration by the UPS Labor-Management Committee, except in cases in which the Employer has given the employee a notice of discharge or suspension and such notice shall not be subject to economic action by either the Union or the Employer. If the Local Union does not file with the Secretary of the Committee a written protest of the Employer's action within ten (10) days, excluding Saturdays, Sundays and holidays, from the time of receipt of the Employer's notice, the right to protest such discharge or suspension shall be waived. An employee may request an investigation of his/her discharge or suspension or any warning notice and the Union shall have the right to protest any such discharge, suspension, or warning notice. Any such discharge, suspension, or warning notice shall be for just cause only. Any such protest shall be presented to the Employer in writing within ten (10) days, exclusive of Saturdays, Sundays, and holidays after the discharge, suspension or warning notice, and, if not presented within such period, the right to protest shall be waived. Upon filing of any such protest, it shall be referred immediately to the UPS Labor-Management Committee for the determination in accordance with the grievance procedure.

(c) Should the Local Union file protest of the discharge or suspension within the time period set forth in subsection (b), then the case shall automatically be placed on the agenda of the Committee described in Section 1 above. Discharge and suspension cases referred to the Committee will be placed first (1st) on the agenda of the Committee, provided that the Committee shall not hear the case until the ten (10) days specified in subsection (b) have elapsed, unless mutually agreed otherwise by the Employer and the Union.

(d) If the Committee reaches a deadlock, either party may submit the matter to an impartial arbitrator for final decision. The selection of the arbitrator for a decision in discharge or suspension cases shall be made immediately upon such deadlock in accordance with the rules of the Committee involved, and the arbitrator so selected shall hear the case in not more than ten (10) days, excluding Saturdays, Sundays and holidays, from the date of the deadlock and render his decision in not more than twenty (20) days from date of hearing of the case, excluding Saturdays, Sundays and holidays.