Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT BORGEN,

        Plaintiff,

v.

UNITED PARCEL SERVICE,

        Defendant.

Case No. A05-0056 CV (JWS)

### DECLARATION OF PETER MAURO

I, Peter Mauro, hereby declare under penalty of perjury, that:

1. I am the Human Resources Manager in Alaska for defendant, United Parcel Service ("UPS"). I have direct and personal knowledge of the facts attested to below.

2. As part of my duties as Human Resources Manager, I am responsible for tracking UPS's equal employment opportunity ("EEO") data so that UPS can strive to achieve diversity in its workforce. The information includes the age and race of the employees. A true and correct of this data for drivers in



E 1 of 3

DECLARATION OF PETER MAURO    - 1 -    [00895-1012-000000/AA061250.011.DOC]

Alaska is attached to this declaration as Exhibit E.

DATED: 05-05-06

_____
Peter Mauro

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

E
2 of 3

DECLARATION OF PETER MAURO   - 2 -   [00895-1012-000000/AA061250.011.DOC]

## ANCHORAGE DRIVERS - 03/31/2003

| EmplID | Name | Gender | Race | Birthdate |
|---|---|---|---|---|
| 0010473 | BORGEN, ROBERT | Male | White | 10/2/1951 |
| 0010481 | BUNDY, DANIEL | Male | White | 3/6/1955 |
| 0001372 | CALDWELL, THOMAS | Male | White | 4/3/1964 |
| 0002025 | CARROLL, MARK | Male | White | 8/3/1959 |
| 0010374 | CASE, JOE | Male | White | 6/19/1970 |
| 0010554 | CASEY, GLEN | Male | Black | 11/26/1962 |
| 0001183 | CHATMAN III, EDWARD | Male | Black | 1/9/1951 |
| 0002107 | ELSEN, DAVID | Male | White | 7/12/1960 |
| 0010477 | FERMAN, JEFFERY | Male | White | 2/5/1953 |
| 0033682 | FISHER, STEVE | Male | White | 12/31/1965 |
| 0001683 | GIERCZAK, LYLE | Male | White | 7/6/1948 |
| 0002705 | HILL, DARREN | Male | White | 10/6/1961 |
| 0867109 | HOWARD, JOHN | Male | White | 5/28/1970 |
| 0010583 | IHDE, PATRICK | Male | White | 3/21/1967 |
| 0010471 | JOHNS, FREDRICK | Male | White | 6/10/1951 |
| 0010472 | MANSON, HARVEY | Male | White | 11/10/1950 |
| 0010615 | MANUEL, ERNIE | Male | Hispanic | 7/21/1963 |
| 0006092 | MCCLAIN, JAMES | Male | White | 4/30/1962 |
| 0000614 | MEESOOK, CHAICHARN | Male | American Asian | 12/27/1969 |
| 0010692 | MINGO, GARY | Male | White | 6/6/1968 |
| 0010506 | MOORE, OLIVER | Male | White | 12/7/1955 |
| 0000846 | MORAN, WILLIAM | Male | White | 3/23/1958 |
| 0001401 | PATIENCE, KEN | Male | White | 5/3/1955 |
| 0001136 | REDDISH, EDDIE | Male | White | 8/27/1964 |
| 0002978 | REEVES, STEVEN | Male | White | 10/17/1955 |
| 0010529 | ROEBUCK, VINCENT | Male | Hispanic | 12/15/1966 |
| 0010493 | SHEETS, MATTHEW | Male | White | 6/6/1966 |
| 0002368 | SPENCER, BRUCE | Male | White | 10/11/1952 |
| 0000999 | STEED, THOMAS | Male | Black | 8/15/1954 |
| 0010596 | STERLING, STEWART | Male | White | 7/22/1964 |
| 0000881 | TABER, WILLIAM | Male | White | 11/18/1958 |
| 0010348 | TALLY, SCOTT | Male | White | 11/3/1962 |
| 0010808 | TARKINGTON, ROBERT | Male | American Asian | 12/26/1965 |
| 0010522 | TRAINI, RICHARD | Male | White | 9/30/1969 |
| 0010689 | TRIPLETT, TRAVIS | Male | White | 1/12/1970 |
| 0010524 | VILLASENOR, ANTONIO | Male | Hispanic | 10/23/1971 |
| 0010737 | VOLKMAN JR, WAYNE | Male | White | 11/5/1970 |
| 0001379 | YEAGER, GARY | Male | Black | 1/2/1959 |