# Package Driver
# Space & Visibility Ride



**Reason for Training** (Please ✓ applicable box)

☐ Periodic  ☒ Accident Follow-Up  ☐ Repeater  ☐ Presenior

Driver: *Bob Ling-h*  Emp#: *CO10473*  Date of Observation: *2-26-3*

License Expiration Date: *10-04*  Observer: *D. A. Cedar*

DOT Physical Expiration Date: *11-0-03*  Begin Ride: *15:45*  End Ride: *17:00*

**Pre-Trip** (Please indicate with ✓ in boxes)

☒ Foot Brake  ☒ Park Brake  ☒ Steering Mechanism  ☒ Lights and Reflectors  ☒ Tires
☒ Horn  ☒ Wipers  ☒ Emergency Equipment  ☐ Coupling Devices (TP-60)  ☒ Mirrors

**Aim High in Steering**
- ☐ Demonstrates 15-second eye lead time
- ☐ Centers vehicle in traffic lane
- ☐ Eyes properly elevated around turns
- ☐ Adjusts speed to visibility
- ☐ Makes smooth stops

Eye Lead Time (seconds): 17 / 15

**Get the Big Picture**
- ☐ 4 to 6 seconds following distance 0 to 30 mph
- ☐ 6 to 8 seconds following distance > 30 mph
- ☐ Adjusts to traffic flow
- ☐ Avoids in-vehicle distractions
- ☐ Handles stale green lights correctly

Following Distance: 3 4/8

**Keep Your Eyes Moving**
- ☐ Clears intersections left, right
- ☐ Moves eyes every 2 seconds
- ☐ Checks mirrors every...
- ☐ Scans steering...
- ☐ Avoids fixed...

Clears Intersections: yes / yes

**Leave Yourself an Out**
- ☐ Leaves...
- ☐ Counts...
- ☐ Maintains space...
- ☐ Chooses lane...
- ☐ Doesn't rush to...

Maintain Space Ahead: yes / yes

**Make Sure They See You**
- ☐ Establishes eye contact with tap of horn
- ☐ Doesn't trust others to stay put
- ☐ Never trusts others in parked cars
- ☐ Proper use of headlights to be seen
- ☐ Seeks rather than hopes for eye contact

Horn Use Motorists and Pedestrians: yes / yes

**Backing**
- ☐ Backs only when necessary
- ☐ Backs immediately
- ☐ Sounds horn every 3 seconds
- ☐ Backs to driver side
- ☐ Uses mirrors, monitor, and checks overheads

Backing (Stroke Count): Only backed when needed 1 Time

Post-it Fax Note: 7671  Date 3/1  pages 2
To: Terry Maxwell
Co/Dept: Centaine
Phone #: 777-6155
Fax #: 777-6240
From: Jack Shreve, Safety
Phone #: 
Fax #: 676-6309

© 2003, United Parcel Service of America, Inc.

UPS 0709
00895-1012