# United Parcel Service
## AUTO ACCIDENT PREVENTION REPORT

UPS Report # 903 421 900
Accident Type: _____

Driver's Name: Bob BOEGEN    Soc Sec # 574229554    Acc. Date: 2/24/03
Place of Accident: Turpin & Haward Intersection (East)    Time of Day: 10:45
Road / Weather Conditions: Rainy/Icy
Description: Boegen making Right Turn Vehicle speed to fast for conditions, UPS car slid into left rear wheel well of other car.

### ACCIDENT CLASSIFICATION

[X] AVOIDABLE: Our Driver Failed To Take Every Reasonable Precaution To Avoid The Accident.

[ ] UNAVOIDABLE: Our Driver Did Everything Reasonable To Avoid The Accident

### LAST & PREVIOUS AVOIDABLE ACCIDENTS

| Accident Number | Date | Type Number (See Below) |
|---|---|---|
| | | |
| | | |
| | | |

---

THIS SECTION TO BE COMPLETED BY IMMEDIATE SUPERVISOR.

In Your Opinion What Caused This Accident: Driving beyond Road Conditions - Driver Did not Adjust Vehicle Speed to The Road Conditions.

Did You Give Space and Visibility Training to the Driver the First Day Back on Car? If Not, Give reason.

How Will Our Driver Avoid Similar Accidents in the Future? Be aware of surroundings - Keep Pain Snow Vehicles - Pedestrians. Defensive driving will prevent accidents. Drive to the Conditions of the Road.

What Specific Preventive Action Did You Recommend to the Driver? Get The Big Picture - this includes objects - ground - Pedestrians - Road Conditions. You must use all defensive driving Tools to prevent Accidents.

What Additional Facts Were Brought Out During Interview with Driver? The Driver (Bob Boegen) was cited by the investigating officer at the scene.

### ACCIDENT REVIEW

| | Avoid | Unavoid | Date | Signature |
|---|---|---|---|---|
| Division Manager | CD | | 2-25-03 | [signed] |
| Center Manager | ✓ | | 2-25 | [signed] |
| Safety Manager | ✓ | | 4/3/03 | [signed] |

Decision: [ ] Avoidable   [ ] Unavoidable
Remarks: Reason for Decision

UPS 0708
00895-1012

Signed: _____ Date: 2/24/03    Signed: _____ Supervisor    Date: 2-24-03

Safety Committee Review  Jim McClain   Bill Moler   2-27-03