Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT BORGEN,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE,<br><br>           Defendant. | Case No. A05-0056 CV (JWS) |

**CERTIFICATE OF SERVICE**

On this 1st day of June, 2006, I caused to be mailed a true and correct copy of **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** to:

> Dennis P. Acker, Esq.
> Acker & Associates
> 329 F Street, Suite 220
> Anchorage, AK  99501

by placing the same in a sealed envelope, postage and fees prepaid, in the United States Post Office receptacle at Anchorage, Alaska.

            /s/ Thomas M. Daniel
            Thomas M. Daniel
            Alaska Bar No. 8601003
            1029 West Third Ave., Suite 300
            Anchorage, Alaska  99501
            907/279-8561/907-276-3108 (fax)
            tdaniel@perkinscoie.com