## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*Borgen v. United Parcel Service*

THE HONORABLE JOHN W. SEDWICK                                           3:05-cv-0056 JWS

PROCEEDINGS:          **ORDER FROM CHAMBERS**                           July 31, 2006

    Before the court is defendant's motion at docket 28. The motion seeks summary judgment on plaintiff's claim under Alaska Statute 18.80.220, which is his sole remaining claim. The motion appears to have merit, and plaintiff has not filed an opposition to it. Consequently, the motion is **GRANTED**. Because no claims remain for adjudication, this case is **DISMISSED** with prejudice.

    The Clerk will please enter judgment that plaintiff take nothing from defendant and that defendant recover its costs of action.

_____