**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

ROBERT BORGEN,
    Plaintiff,

                              Case Number 3:05-cv-00056-JWS

v.

UNITED PARCEL SERVICE,
    Defendant.               **JUDGMENT IN A CIVIL CASE**

\_\_\_\_  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT plaintiff take nothing from defendant and that defendant recover its costs of action in the amount of $_____.

APPROVED:

  /s/_____
John W. Sedwick
United States District Judge

_____
Date: July 31, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                                                 Ida Romack
                                              Ida Romack, Clerk of Court

[305cv56JWS-proposed-judgment.wpd]{JMT2.WPT*Rev.3/03}