# Midnight Sun Court Reporters

511 West 9th Avenue, Suite 1 • Anchorage, AK 99501 • (907) 258-7100 • Fax (907) 276-6727
Employer I.D. # 81-0620452 • e-mail: mscr@alaska.com

RECEIVED
DEC 07 2005
PERKINS COIE
ANCHORAGE

*AP167359*

**BILL TO**
Perkins Coie
Attn: Thomas M. Daniel
1029 W. 3rd Avenue, Suite 300
Anchorage, AK 99501

| DATE | DUE DATE | INVOICE # |
|---|---|---|
| 12/6/2005 | 12/6/2005 | 39412 |

**TERMS:** Net Receipt

**CASE:** Borgen vs UPS          **DEPONENT:** Robert Borgen

| DESCRIPTION | HRS/PAGES | SERVICE DATE | RPTR | AMOUNT |
|---|---|---|---|---|
| Original Transcript & One Copy | 137 | 11/3/2005 | CC | 534.30 |
| Regular Attendance | 4 | 11/3/2005 | CC | 180.00 |
| Exhibits | 15 | 11/28/2005 | BJS | 6.75 |
| Witness Signature Handling Fees & Filing Original Transcript | | | BJS | 20.00 |
| Original Transcript To Be Delivered Following Waiting Period For Obtaining Witness Signature. | | | BJS | 6.50 |
| Delivery: Courier Service Fees Reference #368685 (Transcript Original & Copy) | 1 | 11/28/2005 | BJS | 6.50 |

MIDN13000 12/14

DATE: 12/7/05
CHARGE: 00895-1012
CLIENT: UPS
APPROVED: [signature]

02-7003
Depo. of R. Borgen, 11/3

**TOTAL** $754.05

THE ABOVE SERVICES ARE RENDERED ON THE CREDIT OF OUR CLIENTS AND MAY NOT BE TRANSFERRED.

* "DELIVERY" CHARGES ARE ACTUAL COSTS OF DELIVERY.
** "FILING" CHARGES INCLUDE SIGNATURE HANDLING AND PROCESSING OF CORRECTIONS.

---

REMITTANCE ADVICE SLIP - PLEASE RETURN THIS STUB WITH PAYMENT TO:

Midnight Sun Court Reporters
511 West 9th Avenue, Suite 1
Anchorage, Alaska 99501
(907) 258-7100
Tax ID #81-0620452

**REFERENCE:** PERKINS/Daniel/Borgen;#39412

| PERKINS COIE LLP | 1201 THIRD AVENUE, 40th FLOOR SEATTLE, WA 98101-3099 | MIDNI3000 | CHECK NO. | 851649 |

| INVOICE DATE | INVOICE NUMBER | INVOICE AMOUNT | PAYMENT AMOUNT |
|---|---|---|---|
| 12/06/2005 | 39410 | 1,203.30 | 1,203.30 |
| 12/06/2005 | 39412 | 754.05 | 754.05 |

DETACH AND RETAIN THIS STATEMENT

**Perkins Coie**

1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

USBank
1420 Fifth Avenue
Seattle, WA 98101

19 - 10
1250

DATE: 12/14/2005

CHECK NO.: 851649

Amount **************$1,957.35

PAY   ONE THOUSAND NINE HUNDRED FIFTY-SEVEN AND 35/100 DOLLARS*********************************

PERKINS COIE

VOID IF NOT NEGOTIATED WITHIN SIX MONTHS

PAY TO ORDER OF:

Midnight Sun Court Reporters
511 West 9th Avenue
Suite 1
Anchorage, AK 99501

⑈851649⑈ ⑆125000105⑆ 153592271719⑈

```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

       # 00125316 - SF
         March 21, 2005


   Code    Case #    Qty      Amount

   086900-F 05-0056CV          60.00 CK
   510000-C 05-0056CV         190.00 CK


   TOTAL→             250.00


   FROM: PERKINS COIE
         NEW CASE
         A05-0056CV(JWS)
```

 

**Important Note:** You need to look carefully at the status code on this page. For time entries with a "P" (prebill) status, the "Billed Amount" reflects the matter value of time on the prebill. Such time has not yet been billed to the client. Only time entries with a "B" status have actually been billed to the client.

# Disbursement Detail

additional search criteria:    Beginning Date: **Inception**    Ending Date: **8/8/2006**    Status: **'W','P','B'**

Client/Matter:  00895  UPS 1012  Robert Borgen v. - SLIM No. LEMP20057021

| Disb ID | Date | Status | Narrative | Code | Description | Base Amount | Billed Amount | Hard/Soft |
|---|---|---|---|---|---|---|---|---|
| 10363914 | 3/21/2005 | B | | 1003 | Photocopies and printing | $23.50 | $23.50 | S |
| 10363915 | 3/21/2005 | B | | 1003 | Photocopies and printing | $9.30 | $9.30 | S |
| 10409927 | 4/12/2005 | B | | 1003 | Photocopies and printing | $5.30 | $5.30 | S |
| 10456685 | 5/6/2005 | B | | 1003 | Photocopies and printing | $0.90 | $0.90 | S |
| 10467546 | 5/12/2005 | B | | 1003 | Photocopies and printing | $1.50 | $1.50 | S |
| 10502342 | 6/1/2005 | B | | 1003 | Photocopies and printing | $9.00 | $9.00 | S |
| 10502343 | 6/1/2005 | B | | 1003 | Photocopies and printing | $9.30 | $9.30 | S |
| 10596022 | 6/20/2005 | B | | 1003 | Photocopies and printing | $152.30 | $152.30 | S |
| 10596023 | 6/22/2005 | B | | 1003 | Photocopies and printing | $0.40 | $0.40 | S |
| 10601071 | 6/27/2005 | B | | 1003 | Photocopies and printing | $1.80 | $1.80 | S |
| 10603115 | 6/28/2005 | B | | 1003 | Photocopies and printing | $0.80 | $0.80 | S |
| 10607022 | 6/30/2005 | B | | 1003 | Photocopies and printing | $0.50 | $0.50 | S |
| 10525540 | 7/12/2005 | B | | 1003 | Photocopies and printing | $0.80 | $0.80 | S |
| 10621719 | 7/13/2005 | B | | 1003 | Photocopies and printing | $10.20 | $10.20 | S |
| 10697669 | 9/7/2005 | B | | 1003 | Photocopies and printing | $1.90 | $1.90 | S |
| 10741053 | 10/3/2005 | B | | 1003 | Photocopies and printing | $0.10 | $0.10 | S |
| 10764306 | 10/13/2005 | B | | 1003 | Photocopies and printing | $0.20 | $0.00 | S |
| 10804638 | 11/2/2005 | B | | 1003 | Photocopies and printing | $14.80 | $14.80 | S |
| 10804639 | 11/3/2005 | B | | 1003 | Photocopies and printing | $1.60 | $1.60 | S |
| 10804640 | 11/3/2005 | B | | 1003 | Photocopies and printing | $0.50 | $0.50 | S |
| 10831190 | 11/17/2005 | B | | 1003 | Photocopies and printing | $1.20 | $1.20 | S |
| 10994393 | 2/14/2006 | B | | 1003 | Photocopies and printing | $0.70 | $0.70 | S |