Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT BORGEN,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE,<br><br>        Defendant. | Case No. 3:05-cv-0056-jws |

**NOTICE OF COST BILL HEARING**

On August 18, 2006, at 9 a.m., a hearing for the taxing of costs in this action will be held by the Clerk at 222 W. Seventh Avenue, Room 229, Anchorage, Alaska. At that time, any party may present objections to the cost bill, either orally or in writing, in accordance with D. AK LR 54.1.

NOTICE OF COST BILL HEARING
BORGEN v. UPS
Case No. 3:05-cv-0056-jws      - 1 -      [00895-1012/AA062210.003]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

DATED at Anchorage, Alaska, this 10th day of August, 2006.

**PERKINS COIE LLP**
Attorneys for Defendants

By <u>s/Thomas M. Daniel</u>
  Thomas M. Daniel
  Alaska Bar No. 8601003
  1029 West Third Ave., Suite 300
  Anchorage, Alaska  99501
  907/279-8561/907-276-3108 (fax)
  tdaniel@perkinscoie.com

I hereby certify that a true and correct copy of the foregoing will be served on Dennis Acker by MAIL on August 10, 2006.

<u>s/Thomas M. Daniel</u>

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

NOTICE OF COST BILL HEARING
BORGEN v. UPS
Case No. 3:05-cv-0056-jws           - 2 -           [00895-1012/AA062210.003]