Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT BORGEN,

    Plaintiff,

v.

UNITED PARCEL SERVICE,

    Defendant.

Case No. 3:05-cv-0056-jws

**MOTION FOR EXTENSION OF TIME**

COMES NOW defendant, United Parcel Service, by and through its attorneys, Perkins Coie LLP, and moves the Court for an extension of time to file its Motion for Attorney Fees pursuant to Fed. R. Civ. P. 54(d)(2)(B) and Local Rule 54.3. The Motion for Attorney Fees is due on August 14, 2006. The lead attorney on this case, Thomas M. Daniel, is out of town and will not return to the office until August 15, 2006. Accordingly, counsel for defendant requests an extension of ten days in which to file its Motion for Attorney Fees.

MOTION FOR EXTENSION OF TIME
BORGEN v. UPS
Case No. 3:05-cv-0056-jws      - 1 -      [00895-1012/AA062220.022]

DATED at Anchorage, Alaska, this 11th day of August, 2006.

**PERKINS COIE** LLP
Attorneys for Defendants


By <u>s/Jacob B. Nist</u>
　Jacob B. Nist
　Alaska Bar No. 0211051
　Thomas M. Daniel
　Alaska Bar No. 8601003
　1029 West Third Ave., Suite 300
　Anchorage, Alaska  99501
　907/279-8561/907-276-3108 (fax)
　tdaniel@perkinscoie.com

I hereby certify that a true and correct copy of the foregoing will be served on Dennis Acker by MAIL on August 11th 2006.

<u>s/Jacob B. Nist</u>

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

MOTION FOR EXTENSION OF TIME
BORGEN v. UPS
Case No. 3:05-cv-0056-jws                - 2 -                [00895-1012/AA062220.022]