Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT BORGEN,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE,<br><br>           Defendant. | Case No. A05-0056 CV (JWS) |

**NOTICE OF FILING PROPOSED ORDER**

Defendant United Parcel Service gives notice of filing the attached Proposed Order regarding its Motion for Extension of Time to file a motion for attorneys' fees.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

NOTICE OF FILING PROPOSED ORDER
BORGEN v. UPS
Case No. 3:05-cv-0056-jws                - 1 -                [/AA062230.004]

DATED at Anchorage, Alaska, this 11th day of August, 2006.

**PERKINS COIE LLP**
Attorneys for Defendants


By s/Jacob B. Nist
   Jacob B. Nist
   Alaska Bar No. 0211051
   Thomas M. Daniel
   Alaska Bar No. 8601003
   1029 West Third Ave., Suite 300
   Anchorage, Alaska 99501
   907/279-8561/907-276-3108 (fax)
   tdaniel@perkinscoie.com

I hereby certify that a true and correct copy of the foregoing will be served on Dennis Acker by MAIL on August 11th 2006.

s/Jacob B. Nist

NOTICE OF FILING PROPOSED ORDER
BORGEN v. UPS
Case No. 3:05-cv-0056-jws     - 2 -     [/AA062230.004]