Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT BORGEN,

        Plaintiff,

v.

UNITED PARCEL SERVICE,

        Defendant.

Case No. 3:05-cv-0056-jws

## PROPOSED ORDER

Having considered defendant's Motion for Extension of Time to file its Motion for Attorney Fees, any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED. Defendant's Motion for Attorney Fees shall be filed on or before August 24, 2006.

DATED at Anchorage, Alaska, this _____ day of August, 2006.

By _____
Honorable John W. Sedwick

I hereby certify that a true and correct copy of the foregoing will be served on Dennis Acker by MAIL on August 11, 2006.

s/Jacob Nist

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER
BORGEN v. UPS
Case No. 3:05-cv-0056-jws                - 2 -                [/AA062220.023]