IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT BORGEN,

    Plaintiff,

v.

UNITED PARCEL SERVICE,

    Defendant.

Case No. 3:05-cv-0056-jws

## ORDER

Having considered defendant's Motion for Extension of Time to file its Motion for Attorney Fees, any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is **GRANTED**. Defendant's Motion for Attorney Fees shall be filed on or before August 24, 2006.

DATED at Anchorage, Alaska, this 14th day of August 2006.

    /s/
Honorable John W. Sedwick

United States District Judge

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER
BORGEN v. UPS
Case No. 3:05-cv-0056-jws          - 1 -          [/AA062220.023]