UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROBERT BORGEN,
    Plaintiff,

                                  Case Number 3:05-cv-00056-JWS

v.

UNITED PARCEL SERVICE,
    Defendant.                **JUDGMENT IN A CIVIL CASE**

\_\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT plaintiff take nothing from defendant and that defendant recover its costs of action in the amount of $ _1,042.15_ .

APPROVED:

_/s/_
John W. Sedwick
United States District Judge

Date: July 31, 2006

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                    _Ida Romack_
                                Ida Romack, Clerk of Court

[305cv56JWS-proposed-judgment.wpd]{JMT2.WPT*Rev.3/03}