Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT BORGEN,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE,<br><br>            Defendant. | Case No. 3:05-cv-0056-jws |

**PROPOSED ORDER**

Having considered defendant United Parcel Service's Motion for Attorneys' Fees Against Plaintiff's Attorney, any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's attorney shall pay defendant's attorneys' fees in the amount of $_____.

ORDER
*Borgen v. UPS*
Case No. 3:05-cv-0056-jws      - 1 -      [/AA062360.005]

DATED: _____

_____
U.S. District Court Judge John Sedwick

I hereby certify that a true and correct copy of the foregoing will be served on Dennis Acker by MAIL on August 24, 2006.

s/Thomas M. Daniel

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ORDER
*Borgen v. UPS*
Case No. 3:05-cv-0056-jws

- 2 -

[/AA062360.005]