Thomas M. Daniel, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
tdaniel@perkinscoie.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

ROBERT BORGEN,

               Plaintiff,

v.

UNITED PARCEL SERVICE,

               Defendant.

Case No. 3:05-cv-0056-jws

## AFFIDAVIT OF THOMAS M. DANIEL

STATE OF ALASKA         )
                           ) ss
THIRD JUDICIAL DISTRICT   )

The undersigned, after first being duly sworn, states as follows:

1.    I am one of the attorneys representing United Parcel Service in the above-styled case.

2.    The total number of hours billed by all Perkins Coie attorneys and paralegals on this case was 93.6.  The total number of hours not yet billed ("work in progress") as of August 22, 2006, was 20.0.  Therefore, the total number of

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

hours worked by all Perkins Coie attorneys and paralegals on this case was 113.6.

    3.    Listed below are the yearly billing rates of the attorneys and paralegals who worked on this case:

| Timekeeper | 2005 | 2006 |
|---|---|---|
| Tom Daniel | $280 | $300 |
| Helena Hall | $245 | $260 |
| Jacob Nist | $160 | $175 |
| Melissa Bast | n/a | $160 |
| Amy Jarrell | $145 | $150 |

    4.    The total amount of fees charged by Perkins Coie to the client in this matter was $19,918.50. The amount of fees not yet charged to the client is $3,775.45 ($3,920.50 less 3.7% fee discount), for a total amount of attorney fees of $23,693.95. The invoices for legal services attached to this affidavit are true and correct copies of the invoices submitted to the client in this matter, and a printout of what will be submitted in the next billing cycle.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 24ᵀᴴ day of _August_, 2006.

Thomas M. Daniel
Alaska Bar No. 8601003

Subscribed and sworn to before me this 24ᵀᴴ day of _August_, 2006.

Notary Public in and for Alaska
My commission expires: _____

I hereby certify that a true and correct copy of the foregoing will be served on Dennis Acker by MAIL on August 24, 2006.

s/Thomas M. Daniel

AFFIDAVIT OF THOMAS M. DANIEL
Borgen v. UPS
3:05-cv-0056-jws    - 2 -    [00895-1012/AA062230.007]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108




**Close**

**Important Note:** You need to look carefully at the status code on this page. For time entries with a "P" (prebill) status, the "Billed Amount" reflects the matter value of time on the prebill. Such time has not yet been billed to the client. Only time entries with a "B" status have actually been billed to the client.

# Time Summary

**additional search criteria:**   Beginning Date: **Inception**   Ending Date: **8/22/2006**   Status: **'W','P','B'**

**CSL: Reynvaan, Michael T.**
**Client/Matter: 00895  UPS  1012    Robert Borgen v. - SLIM No. LEMP20057021**

| Tkpr ID | Tkpr Name | Billed Hours | I | Billed Amount |
|---------|-----------|-------------:|---|--------------:|
| 00688 | Bast, Melissa A. | 8.50 | | $1,360.00 |
| 02224 | Daniel, Thomas M. | 34.90 | | $9,874.00 |
| 06700 | Hall, Helena L. | 8.00 | | $1,960.00 |
| 09552 | Jarrell, Amy S. | 20.70 | | $3,001.50 |
| 09662 | Nist, Jacob B. | 21.50 | | $3,723.00 |
| 01509 | Olanna, Kyan | 0.00 | | $0.00 |
| **Total for Matter:** | | **93.60** | | **$19,918.50** |
| **Total for Client:** | | **93.60** | | **$19,918.50** |
| **Report Total:** | | **93.60** | | **$19,918.50** |

**Status:**   **W** = WIP, **P** = WIP on Prebill, **B** = Billed
**Base Amount:**   Matter Value
**Billed Amount:**   Total amount billed to the client/matter number. It does not include premiums or discounts. WIP (not on prebill) will have a zero "billed" amount.

**Disclaimer:**
This is not a formal bill and should not be sent to a client. It is an informational report for your convenience. It reflects all time that has been updated and recorded in our accounting system as of today. Time entry may be delayed and not yet reflected on this report. This information has not been reviewed by the service lawyer for accuracy.




Close

# Total Billed - Detail

**Client: 00895   UPS**

**additional search criteria:** Matter Code: **1012** Beginning Date: **Inception**   Ending Date: **8/22/2006**

**Matter: 1012** Robert Borgen v. - SLIM No. LEMP20057021

| Invoice # | Date | Fees | Disb | Premium Discount | Invoice Total | Status | Inv. Copy |
|-----------|------|------|------|------------------|---------------|--------|-----------|
| 3330260 | 7/31/2006 | $150.00 | $4.05 | ($10.95) | $143.10 | Outstanding | |
| 3310862 | 6/30/2006 | $4,245.00 | $33.50 | ($309.89) | $3,968.61 | Settled | |
| 3290222 | 5/28/2006 | $48.00 | $0.00 | ($3.50) | $44.50 | Settled | |
| 3272897 | 4/25/2006 | $330.00 | $0.00 | ($24.09) | $305.91 | Settled | |
| 3254020 | 3/29/2006 | $1,672.00 | $3.70 | ($61.86) | $1,613.84 | Settled | |
| 3235958 | 2/28/2006 | $60.00 | $0.00 | ($2.22) | $57.78 | Settled | |
| 3220636 | 1/31/2006 | $168.00 | $759.55 | ($6.22) | $921.33 | Settled | |
| 3202797 | 12/30/2005 | $2,790.50 | $18.10 | ($103.25) | $2,705.35 | Settled | |
| 3183645 | 11/3/2005 | $0.00 | $0.00 | $0.00 | $0.00 | Settled | |
| 3169865 | 10/31/2005 | $840.00 | $2.00 | ($31.08) | $810.92 | Settled | |
| 3149900 | 9/29/2005 | $56.00 | $175.98 | ($2.07) | $229.91 | Settled | |
| 3128097 | 8/31/2005 | $48.00 | $0.80 | ($1.78) | $47.02 | Settled | |
| 3110060 | 7/27/2005 | $5,811.00 | $3.58 | ($215.01) | $5,599.57 | Settled | |
| 3091739 | 6/29/2005 | $448.00 | $20.70 | ($16.58) | $452.12 | Settled | |
| 3072251 | 5/27/2005 | $2,128.00 | $259.13 | ($78.74) | $2,308.39 | Settled | |
| 3052480 | 4/28/2005 | $1,064.00 | $40.98 | ($39.37) | $1,065.61 | Settled | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total for Matter** | $19,858.50 | $1,322.07 | ($906.61) | $20,273.96 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL FOR CLIENT** | $19,858.50 | $1,322.07 | ($906.61) | $20,273.96 | | |

**Disclaimer:**
This is an informational report for your convenience. It reflects all invoices (paid and unpaid) that
have been posted to our accounting system as of today.

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    00895-1012

April 28, 2005

Invoice  3052480

UPS
Attn:  Joyce Bradham
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA  30328

INVOICE

---

**FOR SERVICES AND DISBURSEMENTS FROM MARCH 1, 2005 THROUGH MARCH 31, 2005, IN CONNECTION WITH THE FOLLOWING:**

**Matter Type Code – LEMP**

1012 Robert Borgen v. - SLIM No. LEMP200570213

|  |  |  |
|---|---|---|
| Fees | $1,064.00 | $1,064.00 |
| Disbursements | $40.98 | $40.98 |

**Sub-Total For Matter Type Code – LEMP**

|  |  |  |
|---|---|---|
| Fees | $1,064.00 | $1,064.00 |
| Disbursements | $40.98 | $40.98 |

|  |  |
|---|---|
| FEES | $1,024.63 |
| DISBURSEMENTS | $40.98 |
| **TOTAL DUE THIS INVOICE** | **$1,065.61** |

**LEMP**
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

3.7000000000000002% - Discount

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 03/10/05 | T. Daniel | 0.30 | 84.00 | Review new court-filed complaint; |
| 03/18/05 | T. Daniel | 1.10 | 308.00 | Prepare notice of removal to federal court; email regarding corporate disclosure; |
| 03/21/05 | T. Daniel | 1.50 | 420.00 | Revise corporate disclosure statement; review file and indentify dates relevant to statute of limitations defense; telephone conference with P. Mauro regarding same; telephone conference with D. Hong regarding strategy and background; |
| 03/23/05 | T. Daniel | 0.40 | 112.00 | Telephone conference regarding extension of time; email notice of removal; telephone conference with plaintiff's attorney regarding claim and extension of time; letter confirming same; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

00895-1012                                     April 28, 2005                                     Invoice  3052480

| 03/25/05 | T. Daniel | 0.50 | 140.00 | Long email to M. Bourque regarding status and lawsuit; telephone conference with N. Shaw, Teamsters' attorney, regarding same; |
|---|---|---|---|---|

| | Grand Total For Services | $1,064.00 |
|---|---|---|
| | Less 3.70% Fee Discount | $(39.37)CR |
| | Total For Services | $1,024.63 |

**Disbursements and Other Charges**

| Photocopying and printing expenses | 32.80 |
|---|---|
| Messenger charges | 8.18 |

| Disbursement and Other Charges Total | $40.98 |
|---|---|

| **Total This Invoice** | **$1,065.61** |
|---|---|

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 3.80 | 280.00 | 1,064.00 |
| PARTNERS | 3.80 | 280.00 | 1,064.00 |
| Total All Classes | 3.80 | 280.00 | $1,064.00 |
| Less 3.70% Fee Discount | | | (39.37)CR |
| Discounted Total | 3.80 | 269.64 | $1,024.63 |

| Sub-Total For Matter Type Code LEMP | $1,065.61 |
|---|---|

*All travel arrangements made through Carlson Travel*

MTR

### ***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MAY 28, 2005***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  00895, Invoice  3052480

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    00895-1012

May 27, 2005

Invoice  3072251

UPS
Attn:  Joyce Bradham
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA  30328

INVOICE

---

**FOR SERVICES AND DISBURSEMENTS FROM APRIL 1, 2005 THROUGH APRIL 30, 2005, IN CONNECTION WITH THE FOLLOWING:**

**Matter Type Code – LEMP**

1012 Robert Borgen v. - SLIM No. LEMP200570213

|  |  |  |
|---|---|---|
| Fees | $2,128.00 | $3,113.26 |
| Disbursements | $259.13 | $300.11 |

**Sub-Total For Matter Type Code – LEMP**

|  |  |  |
|---|---|---|
| Fees | $2,128.00 | $3,113.26 |
| Disbursements | $259.13 | $300.11 |

|  |  |
|---|---|
| FEES | $2,049.26 |
| DISBURSEMENTS | $259.13 |
| **TOTAL DUE THIS INVOICE** | **$2,308.39** |

**LEMP**
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

**3.7000000000000002% - Discount**

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 04/05/05 | T. Daniel | 0.20 | 56.00 | Review arbitration and litigation files for key documents to review; |
| 04/11/05 | T. Daniel | 1.90 | 532.00 | Draft answer to complaint; |
| 04/12/05 | T. Daniel | 1.80 | 504.00 | Revise answer to complaint; draft motion to dismiss Title VII, ADEA and ADA claims; |
| 04/15/05 | T. Daniel | 0.70 | 196.00 | Prepare Initial Case Plan; |
| 04/18/05 | T. Daniel | 1.10 | 308.00 | Finalize initial case investigation and status report; |
| 04/19/05 | T. Daniel | 1.40 | 392.00 | Finalize status report and email same; outline questions for workers' comp attorney to ask in deposition relevant to lawsuit claims; telephone conference with workers' comp attorney regarding questions to ask Borgen in workers' comp deposition; |
| 04/21/05 | T. Daniel | 0.30 | 84.00 | Emails with workers' comp lawyer regarding Borgen's deposition; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

00895-1012                                      May 27, 2005                                     Invoice  3072251

04/22/05    T. Daniel              0.20          56.00   Email to D. Hong regarding Borgen deposition; telephone
                                                         conference with S. Shreve regarding same;

                                                Grand Total For Services          $2,128.00
                                                Less 3.70% Fee Discount            $(78.74)CR
                                                     Total For Services           $2,049.26

## Disbursements and Other Charges

Photocopying and printing expenses                                    5.30
Messenger charges                                                     3.83
Filing fees                                                        250.00

                              Disbursement and Other Charges Total        $259.13

                                          **Total This Invoice**        **$2,308.39**

### SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 7.60 | 280.00 | 2,128.00 |
| PARTNERS | 7.60 | 280.00 | 2,128.00 |
| Total All Classes | 7.60 | 280.00 | $2,128.00 |
| Less 3.70% Fee Discount | | | (78.74)CR |
| Discounted Total | 7.60 | 269.64 | $2,049.26 |

                              **Sub-Total For Matter Type Code LEMP**        **$2,308.39**

*All travel arrangements made through Carlson Travel*

MTR

### <u>*This invoice is for current charges only.*</u>
<u>*Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.*</u>
<u>*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JUNE 26, 2005*</u>

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  00895, Invoice  3072251

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    00895-1012

June 29, 2005

Invoice  3091739

UPS
Attn:  Joyce Bradham
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA  30328

INVOICE

---

**FOR SERVICES AND DISBURSEMENTS FROM MAY 1, 2005 THROUGH MAY 31, 2005, IN CONNECTION WITH THE FOLLOWING:**

**Matter Type Code – LEMP200570213**

1012 Robert Borgen v. - SLIM No. LEMP200570213

| | | | |
|---|---|---|---|
| | Fees | $448.00 | $3,403.78 |
| | Disbursements | $20.70 | $320.81 |

**Sub-Total For Matter Type Code – LEMP200570213**

| | | | |
|---|---|---|---|
| | Fees | $448.00 | $3,403.78 |
| | Disbursements | $20.70 | $320.81 |

| | | |
|---|---|---|
| | FEES | $431.42 |
| | DISBURSEMENTS | $20.70 |
| | **TOTAL DUE THIS INVOICE** | **$452.12** |

**LEMP200570213**
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

**3.7000000000000002% - Discount**

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 05/04/05 | T. Daniel | 0.80 | 224.00 | Prepare draft scheduling and planning report; |
| 05/05/05 | T. Daniel | 0.20 | 56.00 | Finalize scheduling report and letter regarding same; |
| 05/06/05 | T. Daniel | 0.10 | 28.00 | Telephone conference with D. Acker regarding scheduling and planning report; email same; |
| 05/12/05 | T. Daniel | 0.30 | 84.00 | Finalize scheduling report to court; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

00895-1012                                      June 29, 2005                        Invoice 3091739

| | | | | |
|---|---|---|---|---|
| 05/16/05 | T. Daniel | 0.20 | 56.00 | Telephone conference with P. Mauro and P. Elroy regarding case update; |

Grand Total For Services      $448.00
Less 3.70% Fee Discount      $(16.58)CR
Total For Services      $431.42

**Disbursements and Other Charges**

Photocopying and printing expenses      20.70

Disbursement and Other Charges Total      $20.70

**Total This Invoice**      **$452.12**

SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 1.60 | 280.00 | 448.00 |
| PARTNERS | 1.60 | 280.00 | 448.00 |
| Total All Classes | 1.60 | 280.00 | $448.00 |
| Less 3.70% Fee Discount | | | (16.58)CR |
| Discounted Total | 1.60 | 269.64 | $431.42 |

Sub-Total For Matter Type Code LEMP200570213      **$452.12**

*All travel arrangements made through Carlson Travel*

MTR

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JULY 29, 2005***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 00895, Invoice 3091739

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    00895-1012

July 27, 2005

Invoice  3110060

UPS
Attn:  Joyce Bradham
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA  30328

INVOICE

---

**FOR SERVICES AND DISBURSEMENTS FROM JUNE 1, 2005 THROUGH JUNE 30, 2005, IN CONNECTION WITH THE FOLLOWING:**

**Matter Type Code – LEMP200570213**

1012 Robert Borgen v. - SLIM No. LEMP200570213

|  |  |  |
|---|---|---|
| Fees | $5,811.00 | $9,181.62 |
| Disbursements | $3.58 | $324.39 |

**Sub-Total For Matter Type Code – LEMP200570213**

|  |  |  |
|---|---|---|
| Fees | $5,811.00 | $9,181.62 |
| Disbursements | $3.58 | $324.39 |

|  |  |
|---|---|
| FEES | $5,595.99 |
| DISBURSEMENTS | $3.58 |
| **TOTAL DUE THIS INVOICE** | **$5,599.57** |

**LEMP200570213**
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 06/13/05 | T. Daniel | 0.10 | 28.00 | Review scheduling order and email regarding initial disclosures; |
| 06/15/05 | A. Jarrell | 1.70 | 246.50 | Organize documents for initial disclosures; |
| 06/16/05 | A. Jarrell | 3.40 | 493.00 | Organize documents for initial disclosures; |
| 06/17/05 | A. Jarrell | 1.90 | 275.50 | Organize documents for initial disclosures; |
| 06/20/05 | A. Jarrell | 4.50 | 652.50 | Finish organizing and preparing documents for initial disclosures; |
| 06/22/05 | T. Daniel | 1.60 | 448.00 | Prepare Initial Disclosure Statement; email same to client to review; analyze possible motion to dismiss some claims; conference with H. Hall regarding drafting motion; |
| 06/22/05 | A. Jarrell | 2.20 | 319.00 | Index documents; |
| 06/23/05 | H. Hall | 2.80 | 686.00 | Draft summary judgment motion on federal statutory and IIED claim; |
| 06/24/05 | A. Jarrell | 4.20 | 609.00 | Index documents; |
| 06/27/05 | H. Hall | 3.10 | 759.50 | Draft motion to dismiss; revise and finalize draft of motion; |
| 06/28/05 | T. Daniel | 0.40 | 112.00 | Review draft motion to dismiss; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

00895-1012                              July 27, 2005                          Invoice  3110060

| | | | | |
|---|---|---|---|---|
| 06/28/05 | H. Hall | 2.10 | 514.50 | Finalize draft of motion to dismiss; revise motion to dismiss into a motion for summary judgment; research district court cases preempting IIED claims; |
| 06/28/05 | A. Jarrell | 1.90 | 275.50 | Finish indexing documents; |
| 06/29/05 | T. Daniel | 1.40 | 392.00 | Review and revise motion for partial summary judgment; email same to D. Hong; revise initial disclosure statement; |

|  |  |
|---|---|
| Grand Total For Services | $5,811.00 |
| Less 3.70% Fee Discount | $(215.01)CR |
| Total For Services | $5,595.99 |

## Disbursements and Other Charges

| | |
|---|---|
| Messenger charges | 3.58 |
| Disbursement and Other Charges Total | $3.58 |
| **Total This Invoice** | **$5,599.57** |

## SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 3.50 | 280.00 | 980.00 |
| PARTNERS | 3.50 | 280.00 | 980.00 |
| H. Hall | 8.00 | 245.00 | 1,960.00 |
| OF COUNSELS | 8.00 | 245.00 | 1,960.00 |
| A. Jarrell | 19.80 | 145.00 | 2,871.00 |
| PARALEGALS | 19.80 | 145.00 | 2,871.00 |
| Total All Classes | 31.30 | 185.65 | $5,811.00 |
| Less 3.70% Fee Discount | | | (215.01)CR |
| Discounted Total | 31.30 | 178.79 | $5,595.99 |

**Sub-Total For Matter Type Code LEMP200570213**          **$5,599.57**

*All travel arrangements made through Carlson Travel*

MTR

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before AUGUST 26, 2005*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  00895, Invoice  3110060

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    00895-1012

August 31, 2005

Invoice  3128097

UPS
Attn:  Joyce Bradham
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA  30328

INVOICE

---

**FOR SERVICES AND DISBURSEMENTS FROM JULY 1, 2005 THROUGH JULY 31, 2005, IN CONNECTION WITH THE FOLLOWING:**

**Matter Type Code – LEMP200570213**

1012 Robert Borgen v. - SLIM No. LEMP200570213

| | | |
|---|---|---|
| Fees | $48.00 | $8,799.60 |
| Disbursements | $0.80 | $325.19 |

**Sub-Total For Matter Type Code – LEMP200570213**

| | | |
|---|---|---|
| Fees | $48.00 | $8,799.60 |
| Disbursements | $0.80 | $325.19 |

| | |
|---|---|
| FEES | $46.22 |
| DISBURSEMENTS | $0.80 |
| **TOTAL DUE THIS INVOICE** | **$47.02** |

**LEMP200570213**
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 07/08/05 | J. Nist | 0.30 | 48.00 | Review file; |

| | |
|---|---|
| Grand Total For Services | $48.00 |
| Less 3.70% Fee Discount | $(1.78)CR |
| Total For Services | $46.22 |

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 0.80 |

| | |
|---|---|
| Disbursement and Other Charges Total | $0.80 |
| **Total This Invoice** | **$47.02** |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

00895-1012                          August 31, 2005                          Invoice  3128097

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| J. Nist | 0.30 | 160.00 | 48.00 |
| ASSOCIATES | 0.30 | 160.00 | 48.00 |
| Total All Classes | 0.30 | 160.00 | $48.00 |
| Less 3.70% Fee Discount | | | (1.78)CR |
| Discounted Total | 0.30 | 154.07 | $46.22 |

Sub-Total For Matter Type Code LEMP200570213          $47.02

*All travel arrangements made through Carlson Travel*

MTR

**This invoice is for current charges only.**
**Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.**
**Late Charges Will Be Due If This Invoice Is Not Paid On Or Before SEPTEMBER 30, 2005**

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  00895, Invoice  3128097

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 00895-1012

September 29, 2005

Invoice  3149900

UPS
Attn:  Joyce Bradham
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA  30328

INVOICE

---

FOR SERVICES AND DISBURSEMENTS FROM AUGUST 1, 2005 THROUGH AUGUST 31, 2005, IN CONNECTION WITH THE FOLLOWING:

**Matter Type Code – LEMP200570213**

1012 Robert Borgen v. - SLIM No. LEMP200570213

|  |  |  |
|---|---|---|
| Fees | $56.00 | $8,852.04 |
| Disbursements | $175.98 | $501.17 |

**Sub-Total For Matter Type Code – LEMP200570213**

|  |  |  |
|---|---|---|
| Fees | $56.00 | $8,852.04 |
| Disbursements | $175.98 | $501.17 |

|  |  |
|---|---|
| FEES | $53.93 |
| DISBURSEMENTS | $175.98 |
| **TOTAL DUE THIS INVOICE** | **$229.91** |

**LEMP200570213**
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 08/31/05 | T. Daniel | 0.20 | 56.00 | Review plaintiff's motion to reconsider order of partial dismissal and court order regarding same; |

|  |  |
|---|---|
| Grand Total For Services | $56.00 |
| Less 3.70% Fee Discount | $(2.07)CR |
| Total For Services | $53.93 |

**Disbursements and Other Charges**

|  |  |
|---|---|
| Photocopying and printing expenses | 166.00 |
| Messenger charges | 4.09 |
| Long distance telephone charges | 5.89 |
| Disbursement and Other Charges Total | $175.98 |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

00895-1012                              September 29, 2005                              Invoice  3149900

**Total This Invoice**         **$229.91**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 0.20 | 280.00 | 56.00 |
| PARTNERS | 0.20 | 280.00 | 56.00 |
| Total All Classes | 0.20 | 280.00 | $56.00 |
| Less 3.70% Fee Discount | | | (2.07)CR |
| Discounted Total | 0.20 | 269.65 | $53.93 |

**Sub-Total For Matter Type Code LEMP200570213**         **$229.91**

*All travel arrangements made through Carlson Travel*

MTR

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before OCTOBER 29, 2005***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  00895, Invoice  3149900

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:  00895-1012

October 31, 2005

Invoice  3169865

UPS
Attn:  Joyce Bradham
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA  30328

INVOICE

---

**FOR SERVICES AND DISBURSEMENTS FROM SEPTEMBER 1, 2005 THROUGH SEPTEMBER 30, 2005, IN CONNECTION WITH THE FOLLOWING:**

**Matter Type Code – LEMP200570213**

1012 Robert Borgen v. - SLIM No. LEMP200570213

|  |  |  |
|---|---|---|
| Fees | $840.00 | $9,687.90 |
| Disbursements | $2.00 | $503.17 |

**Sub-Total For Matter Type Code – LEMP200570213**

|  |  |  |
|---|---|---|
| Fees | $840.00 | $9,687.90 |
| Disbursements | $2.00 | $503.17 |

|  |  |
|---|---|
| FEES | $808.92 |
| DISBURSEMENTS | $2.00 |
| **TOTAL DUE THIS INVOICE** | **$810.92** |

**LEMP200570213**
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 09/06/05 | T. Daniel | 1.00 | 280.00 | Prepare reply to court's order regarding timeliness of Borgen EEOC charge; |
| 09/07/05 | T. Daniel | 1.80 | 504.00 | Prepare response to court order regarding whether Borgen's EEOC charge was timely; |
| 09/23/05 | T. Daniel | 0.20 | 56.00 | Review order; email regarding case status; telephone conference with Acker regarding Borgen deposition; |

|  |  |
|---|---|
| Grand Total For Services | $840.00 |
| Less 3.70% Fee Discount | $(31.08)CR |
| Total For Services | $808.92 |

**Disbursements and Other Charges**

| | |
|---|---|
| Photocopying and printing expenses | 2.00 |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

00895-1012                          October 31, 2005                          Invoice  3169865

**Disbursements and Other Charges**

Disbursement and Other Charges Total                    $2.00

**Total This Invoice**                    **$810.92**

SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 3.00 | 280.00 | 840.00 |
| PARTNERS | 3.00 | 280.00 | 840.00 |
| Total All Classes | 3.00 | 280.00 | $840.00 |
| Less 3.70% Fee Discount | | | (31.08)CR |
| Discounted Total | 3.00 | 269.64 | $808.92 |

Sub-Total For Matter Type Code LEMP200570213          $810.92

*All travel arrangements made through Carlson Travel*

MTR

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before NOVEMBER 30, 2005***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  00895, Invoice  3169865

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER:  00895-1012

December 30, 2005

Invoice 3202797

UPS
Attn: Joyce Bradham
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA  30328

INVOICE

---

**FOR SERVICES AND DISBURSEMENTS FROM NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005, IN CONNECTION WITH THE FOLLOWING:**

**Matter Type Code – LEMP200570213**

1012 Robert Borgen v. - SLIM No. LEMP200570213

| | | |
|---|---|---|
| Fees | $2,790.50 | $12,416.24 |
| Disbursements | $18.10 | $521.27 |

**Sub-Total For Matter Type Code – LEMP200570213**

| | | |
|---|---|---|
| Fees | $2,790.50 | $12,416.24 |
| Disbursements | $18.10 | $521.27 |

| | |
|---|---|
| FEES | $2,687.25 |
| DISBURSEMENTS | $18.10 |
| **TOTAL DUE THIS INVOICE** | **$2,705.35** |

LEMP200570213
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 11/01/05 | T. Daniel | 0.20 | 56.00 | Telephone conference with Borgen's attorney regarding deposition; emails regarding same; |
| 11/02/05 | T. Daniel | 4.20 | 1,176.00 | Prepare deposition outline; review documents to use as exhibits; |
| 11/02/05 | A. Jarrell | 0.40 | 58.00 | Research regarding required medical form for VA records; draft medical release for VA records; |
| 11/03/05 | T. Daniel | 4.90 | 1,372.00 | Final preparation for and take R. Borgen deposition; |
| 11/03/05 | A. Jarrell | 0.20 | 29.00 | Draft and finalize letter to VA regarding medical records; |
| 11/04/05 | A. Jarrell | 0.30 | 43.50 | Draft and finalize letter to VA hospital requesting R. Borgen's medical records; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

00895-1012                              December 30, 2005                        Invoice  3202797

| | | | | |
|---|---|---|---|---|
| 11/16/05 | T. Daniel | 0.20 | 56.00 | Prepare final witness list; |

Grand Total For Services        $2,790.50
Less 3.70% Fee Discount        $(103.25)CR
Total For Services        $2,687.25

**Disbursements and Other Charges**

Photocopying and printing expenses                                          18.10

Disbursement and Other Charges Total        $18.10

**Total This Invoice**        **$2,705.35**

SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 9.50 | 280.00 | 2,660.00 |
| PARTNERS | 9.50 | 280.00 | 2,660.00 |
| A. Jarrell | 0.90 | 145.00 | 130.50 |
| PARALEGALS | 0.90 | 145.00 | 130.50 |
| Total All Classes | 10.40 | 268.32 | $2,790.50 |
| Less 3.70% Fee Discount | | | (103.25)CR |
| Discounted Total | 10.40 | 258.39 | $2,687.25 |

Sub-Total For Matter Type Code LEMP200570213        $2,705.35

*All travel arrangements made through Carlson Travel*

MTR

***This invoice is for current charges only.***
***Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.***
***Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JANUARY 29, 2006***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  00895, Invoice  3202797

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    00895-1012

January 31, 2006

Invoice  3220636

UPS
Attn:  Joyce Bradham
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA  30328

INVOICE

---

**FOR SERVICES AND DISBURSEMENTS FROM DECEMBER 1, 2005 THROUGH DECEMBER 31, 2005, IN CONNECTION WITH THE FOLLOWING:**

**Matter Type Code – LEMP200570213**

1012 Robert Borgen v. - SLIM No. LEMP200570213

| | | | |
|---|---|---|---|
| Fees | $168.00 | $12,377.74 |
| Disbursements | $759.55 | $1,280.82 |

**Sub-Total For Matter Type Code – LEMP200570213**

| | | | |
|---|---|---|---|
| Fees | $168.00 | $12,377.74 |
| Disbursements | $759.55 | $1,280.82 |

| | |
|---|---|
| FEES | $161.78 |
| DISBURSEMENTS | $759.55 |
| **TOTAL DUE THIS INVOICE** | **$921.33** |

**LEMP200570213**
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 12/08/05 | T. Daniel | 0.60 | 168.00 | Review file to identify additional discovery needed; |

| | |
|---|---|
| Grand Total For Services | $168.00 |
| Less 3.70% Fee Discount | $(6.22)CR |
| Total For Services | $161.78 |

**Disbursements and Other Charges**

| | |
|---|---|
| Messenger charges | 5.50 |
| Court reporter fee - | |
| Depo of R. Borgen, 11/3 | 754.05 |

| | |
|---|---|
| Disbursement and Other Charges Total | $759.55 |
| **Total This Invoice** | **$921.33** |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

00895-1012                           January 31, 2006                           Invoice  3220636

## SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 0.60 | 280.00 | 168.00 |
| PARTNERS | 0.60 | 280.00 | 168.00 |
| Total All Classes | 0.60 | 280.00 | $168.00 |
| Less 3.70% Fee Discount | | | (6.22)CR |
| Discounted Total | 0.60 | 269.63 | $161.78 |

**Sub-Total For Matter Type Code LEMP200570213          $921.33**

*All travel arrangements made through Carlson Travel*

MTR

### *This invoice is for current charges only.*
***Outstanding invoices from prior billing cycle will be summarized on a separate Statement of Account.
Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MARCH 2, 2006***

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  00895, Invoice  3220636

# Perkins Coie

Anchorage • Beijing • Bellevue • Boise • Chicago • Denver • Los Angeles • Menlo Park • Olympia • Phoenix • Portland • San Francisco • Seattle • Washington, D.C.
Centralized Accounting Department
1201 Third Avenue, 40th Floor
Seattle, Washington 98101-3099
Main Telephone Number: (206) 359-8000
Accounting: (206) 359-3143 • clientacct@perkinscoie.com
Tax I.D. Number: 91-0591206

ACCOUNT
NUMBER:   00895-1012

February 28, 2006

Invoice  3235958

UPS
Attn:  Joyce Bradham
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA  30328

INVOICE

---

**FOR SERVICES AND DISBURSEMENTS FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006, IN CONNECTION WITH THE FOLLOWING:**

**Matter Type Code – LEMP200570213**

1012 Robert Borgen v. - SLIM No. LEMP200570213

|  |  |  |
|---|---|---|
| Fees | $60.00 | $12,425.30 |
| Disbursements | $0.00 | $1,280.82 |

**Sub-Total For Matter Type Code – LEMP200570213**

|  |  |  |
|---|---|---|
| Fees | $60.00 | $12,425.30 |
| Disbursements | $0.00 | $1,280.82 |

|  |  |
|---|---|
| FEES | $57.78 |
| DISBURSEMENTS | $0.00 |
| **TOTAL DUE THIS INVOICE** | **$57.78** |

**LEMP200570213**
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 01/18/06 | T. Daniel | 0.20 | 60.00 | Prepare case summary for audit letter response; |

|  |  |
|---|---|
| Grand Total For Services | $60.00 |
| Less 3.70% Fee Discount | $(2.22)CR |
| Total For Services | $57.78 |
| **Total This Invoice** | **$57.78** |

Current Charges Only.  Unpaid Balances Not Included.
Disbursements Not Yet Recorded Will Be Included In Future Invoices.
Payment Due In U.S. Dollars Upon Receipt Of Invoice.
After 30 Days, A Monthly Late Charge Of 1% Per Month From The Invoice Date (Or Such Lower Rate As Required By Applicable Law) Will Be Due.
Should A Collection Action Or Proceeding Be Necessary, Attorneys' Fees And Costs For Such Collection Effort Will Also Be Due.
Perkins Coie llp And Affiliates

00895-1012                          February 28, 2006                          Invoice  3235958

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 0.20 | 300.00 | 60.00 |
| PARTNERS | 0.20 | 300.00 | 60.00 |
| Total All Classes | 0.20 | 300.00 | $60.00 |
| Less 3.70% Fee Discount | | | (2.22)CR |
| Discounted Total | 0.20 | 288.90 | $57.78 |

**Sub-Total For Matter Type Code LEMP200570213**          **$57.78**

*All travel arrangements made through Carlson Travel*

MTR

### This invoice is for current charges only.
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MARCH 30, 2006*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  00895, Invoice  3235958

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER:  00895-1012

March 29, 2006

Invoice  3254020

UPS
Attn:  Joyce Bradham
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA  30328

INVOICE

---

**FOR SERVICES AND DISBURSEMENTS FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006, IN CONNECTION WITH THE FOLLOWING:**

**Matter Type Code – LEMP200570213**

1012 Robert Borgen v. - SLIM No. LEMP200570213

| | | | |
|---|---|---|---|
| | Fees | $1,672.00 | $14,092.86 |
| | Disbursements | $3.70 | $1,284.52 |

**Sub-Total For Matter Type Code – LEMP200570213**

| | | | |
|---|---|---|---|
| | Fees | $1,672.00 | $14,092.86 |
| | Disbursements | $3.70 | $1,284.52 |

| | | |
|---|---|---|
| FEES | $1,610.14 | |
| DISBURSEMENTS | $3.70 | |
| **TOTAL DUE THIS INVOICE** | **$1,613.84** | |

**LEMP200570213**
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 02/06/06 | M. Bast | 0.20 | 32.00 | Project assignment; conference with T. Daniel; |
| 02/07/06 | T. Daniel | 0.50 | 150.00 | Complete quarterly status report; review motion to remand to state court; email regarding status of workers' comp claim; |
| 02/10/06 | M. Bast | 2.10 | 336.00 | Research removal/remand; |
| 02/10/06 | T. Daniel | 0.30 | 90.00 | Prepare motion to extend time for dispositive motions; |
| 02/16/06 | M. Bast | 2.50 | 400.00 | Research; |
| 02/21/06 | M. Bast | 1.90 | 304.00 | Draft memorandum regarding plaintiff's motion for remand; |
| 02/22/06 | M. Bast | 1.50 | 240.00 | Draft memorandum; draft opposition to motion for remand; |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

00895-1012 | March 29, 2006 | Invoice 3254020

| 02/22/06 | T. Daniel | 0.40 | 120.00 | Review memo regarding authorities for opposition to motion to remand to state court; review opposition brief and review main case; |

|  | Grand Total For Services | $1,672.00 |
|  | Less 3.70% Fee Discount | $(61.86)CR |
|  | Total For Services | $1,610.14 |

## Disbursements and Other Charges

Photocopying and printing expenses                    3.70

Disbursement and Other Charges Total         $3.70

**Total This Invoice**    **$1,613.84**

SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 1.20 | 300.00 | 360.00 |
| PARTNERS | 1.20 | 300.00 | 360.00 |
| M. Bast | 8.20 | 160.00 | 1,312.00 |
| ASSOCIATES | 8.20 | 160.00 | 1,312.00 |
| Total All Classes | 9.40 | 177.87 | $1,672.00 |
| Less 3.70% Fee Discount |  |  | (61.86)CR |
| Discounted Total | 9.40 | 171.29 | $1,610.14 |

Sub-Total For Matter Type Code LEMP200570213       $1,613.84

*All travel arrangements made through Carlson Travel*

MTR

### *This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before APRIL 28, 2006*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  00895, Invoice  3254020

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:  00895-1012

April 25, 2006

Invoice  3272897

UPS
Attn:  Joyce Bradham
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA  30328

INVOICE

---

**FOR SERVICES AND DISBURSEMENTS FROM MARCH 1, 2006 THROUGH MARCH 31, 2006, IN CONNECTION WITH THE FOLLOWING:**

**Matter Type Code – LEMP200570213**

1012 Robert Borgen v. - SLIM No. LEMP200570213

| | | |
|---|---|---|
| Fees | $330.00 | $14,299.14 |
| Disbursements | $0.00 | $1,284.52 |

**Sub-Total For Matter Type Code – LEMP200570213**

| | | |
|---|---|---|
| Fees | $330.00 | $14,299.14 |
| Disbursements | $0.00 | $1,284.52 |
| FEES | $305.91 | |
| DISBURSEMENTS | $0.00 | |
| **TOTAL DUE THIS INVOICE** | **$305.91** | |

**LEMP200570213**
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 03/07/06 | T. Daniel | 0.20 | 60.00 | Review plaintiff's Reply to Opposition to Remand; |
| 03/31/06 | T. Daniel | 0.90 | 270.00 | Prepare 2006 quarterly update; respond to questions for status meeting on all cases; |

| | |
|---|---|
| Grand Total For Services | $330.00 |
| Less 7.30% Fee Discount | $(24.09)CR |
| Total For Services | $305.91 |
| **Total This Invoice** | **$305.91** |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

00895-1012                          April 25, 2006                          Invoice  3272897

## SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 1.10 | 300.00 | 330.00 |
| PARTNERS | 1.10 | 300.00 | 330.00 |
| Total All Classes | 1.10 | 300.00 | $330.00 |
| Less 7.30% Fee Discount | | | (24.09)CR |
| Discounted Total | 1.10 | 278.10 | $305.91 |

Sub-Total For Matter Type Code LEMP200570213          $305.91

*All travel arrangements made through Carlson Travel*

MTR

### *This invoice is for current charges only.*
### *Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
### *Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MAY 25, 2006*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  00895, Invoice  3272897

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER: 00895-1012

May 28, 2006

Invoice 3290222

UPS
Attn: Joyce Bradham
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA 30328

INVOICE

---

**FOR SERVICES AND DISBURSEMENTS FROM APRIL 1, 2006 THROUGH APRIL 30, 2006, IN CONNECTION WITH THE FOLLOWING:**

**Matter Type Code – LEMP200570213**

1012 Robert Borgen v. - SLIM No. LEMP200570213

|  |  |  |
|---|---|---|
| Fees | $48.00 | $14,298.96 |
| Disbursements | $0.00 | $1,284.52 |

**Sub-Total For Matter Type Code – LEMP200570213**

|  |  |  |
|---|---|---|
| Fees | $48.00 | $14,298.96 |
| Disbursements | $0.00 | $1,284.52 |

|  |  |
|---|---|
| FEES | $44.50 |
| DISBURSEMENTS | $0.00 |
| **TOTAL DUE THIS INVOICE** | **$44.50** |

**LEMP200570213**
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 04/26/06 | M. Bast | 0.30 | 48.00 | Review motion for remand decision dated 04/25/06; |

|  |  |
|---|---|
| Grand Total For Services | $48.00 |
| Less 7.30% Fee Discount | $(3.50)CR |
| Total For Services | $44.50 |
| **Total This Invoice** | **$44.50** |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

00895-1012                          May 28, 2006                          Invoice  3290222

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| M. Bast | 0.30 | 160.00 | 48.00 |
| ASSOCIATES | 0.30 | 160.00 | 48.00 |
| Total All Classes | 0.30 | 160.00 | $48.00 |
| Less 7.30% Fee Discount | | | (3.50)CR |
| Discounted Total | 0.30 | 148.33 | $44.50 |

**Sub-Total For Matter Type Code LEMP200570213**          **$44.50**

*All travel arrangements made through Carlson Travel*

MTR

**This invoice is for current charges only.**
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JUNE 27, 2006*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  00895, Invoice  3290222

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.

CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER: 00895-1012

June 30, 2006

Invoice 3310862

UPS
Attn: Joyce Bradham
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA 30328

INVOICE

---

**FOR SERVICES AND DISBURSEMENTS FROM MAY 1, 2006 THROUGH MAY 31, 2006, IN CONNECTION WITH THE FOLLOWING:**

**Matter Type Code – LEMP200570213**

1012 Robert Borgen v. - SLIM No. LEMP200570213

| | | | |
|---|---|---|---|
| | Fees | $4,245.00 | $18,536.96 |
| | Disbursements | $33.50 | $1,318.02 |

**Sub-Total For Matter Type Code – LEMP200570213**

| | | | |
|---|---|---|---|
| | Fees | $4,245.00 | $18,536.96 |
| | Disbursements | $33.50 | $1,318.02 |

| | | |
|---|---|---|
| FEES | $3,935.11 | |
| DISBURSEMENTS | $33.50 | |
| **TOTAL DUE THIS INVOICE** | **$3,968.61** | |

**LEMP200570213**
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 05/01/06 | J. Nist | 2.20 | 385.00 | Begin drafting motion for summary judgment; |
| 05/02/06 | J. Nist | 5.20 | 910.00 | Continue drafting motion for summary judgment; research in support of same; |
| 05/03/06 | T. Daniel | 0.60 | 180.00 | Conference with J. Nist regarding approach/strategy for motion for summary judgment; |
| 05/03/06 | J. Nist | 5.80 | 1,015.00 | Continue drafting motion for summary judgment; research in support of same; conference with T. Daniel; |
| 05/04/06 | T. Daniel | 0.20 | 60.00 | Review statistics of Anchorage drivers; conference with J. Nist regarding effect; |
| 05/04/06 | J. Nist | 5.70 | 997.50 | Continue drafting motion for summary judgment; research in support of same; |
| 05/05/06 | T. Daniel | 1.10 | 330.00 | Review draft motion for summary judgment; conference with J. Nist regarding same; |

CURRENT CHARGES ONLY. UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

00895-1012                                June 30, 2006                          Invoice  3310862

05/05/06    J. Nist            2.10      367.50    Finalize motion for summary judgment;

|  | Grand Total For Services | $4,245.00 |
|---|---|---|
|  | Less 7.30% Fee Discount | $(309.89)CR |
|  | Total For Services | $3,935.11 |

## Disbursements and Other Charges

Photocopying and printing expenses                                    33.50

Disbursement and Other Charges Total          $33.50

**Total This Invoice**          **$3,968.61**

## SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 1.90 | 300.00 | 570.00 |
| PARTNERS | 1.90 | 300.00 | 570.00 |
| J. Nist | 21.00 | 175.00 | 3,675.00 |
| ASSOCIATES | 21.00 | 175.00 | 3,675.00 |
| Total All Classes | 22.90 | 185.37 | $4,245.00 |
| Less 7.30% Fee Discount |  |  | (309.89)CR |
| Discounted Total | 22.90 | 171.84 | $3,935.11 |

Sub-Total For Matter Type Code LEMP200570213          $3,968.61

*All travel arrangements made through Carlson Travel*

MTR

### *This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JULY 30, 2006*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  00895, Invoice  3310862

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DENVER • LOS ANGELES • MENLO PARK • OLYMPIA • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:    00895-1012

July 31, 2006

Invoice  3330260

UPS
Attn:  Karen Partin
Legal and Regulatory
55 Glenlake Parkway N.E.
Atlanta, GA  30328

INVOICE

---

**FOR SERVICES AND DISBURSEMENTS FROM JUNE 1, 2006 THROUGH JUNE 30, 2006, IN CONNECTION WITH THE FOLLOWING:**

**Matter Type Code – LEMP200570213**

1012 Robert Borgen v. - SLIM No. LEMP200570213

|  |  |  |  |
|---|---|---|---|
| | Fees | $150.00 | $18,067.18 |
| | Disbursements | $4.05 | $1,322.07 |
| **Sub-Total For Matter Type Code – LEMP200570213** | | | |
| | Fees | $150.00 | $18,067.18 |
| | Disbursements | $4.05 | $1,322.07 |
| | FEES | $139.05 | |
| | DISBURSEMENTS | $4.05 | |
| | **TOTAL DUE THIS INVOICE** | **$143.10** | |

**LEMP200570213**
**Robert Borgen v. - SLIM No. LEMP200570213**

For Legal Services Rendered.

| Date | Attorney/Assistant | Hours | Amount | Description of Services |
|---|---|---|---|---|
| 06/29/06 | T. Daniel | 0.50 | 150.00 | Prepare Second Quarter Case Status Report; |

|  |  |
|---|---|
| Grand Total For Services | $150.00 |
| Less 7.30% Fee Discount | $(10.95)CR |
| Total For Services | $139.05 |

**Disbursements and Other Charges**

| | |
|---|---|
| Special postage | 4.05 |
| Disbursement and Other Charges Total | $4.05 |
| **Total This Invoice** | **$143.10** |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

00895-1012                           July 31, 2006                         Invoice  3330260

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| T. Daniel | 0.50 | 300.00 | 150.00 |
| PARTNERS | 0.50 | 300.00 | 150.00 |
| Total All Classes | 0.50 | 300.00 | $150.00 |
| Less 7.30% Fee Discount | | | (10.95)CR |
| Discounted Total | 0.50 | 278.10 | $139.05 |

**Sub-Total For Matter Type Code LEMP200570213**          **$143.10**

*All travel arrangements made through Carlson Travel*

MTR

**This invoice is for current charges only.**
**Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.**
**Late Charges Will Be Due If This Invoice Is Not Paid On Or Before AUGUST 30, 2006**

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  00895, Invoice  3330260




"WORK IN PROGRESS"
- not Billed yet


Close

**Important Note:** You need to look carefully at the status code on this page. For time entries with a "P" (prebill) status, the "Billed Amount" reflects the matter value of time on the prebill. Such time has not yet been billed to the client. Only time entries with a "B" status have actually been billed to the client.

## Time Detail

**additional search criteria:** Beginning Date: **7/1/06**  Ending Date: **8/22/2006**  Status: **'W','P','B'**

**CSL: Reynvaan, Michael T.**
**Client/Matter: 00895  UPS  1012  Robert Borgen v. - SLIM No. LEMP20057021**

| Time ID | Tkpr ID | Tkpr Name | Date | Base Hours | Billed Hours | Status | Invoice | Base Amount | Billed Amount | Phase/ Task |
|---|---|---|---|---|---|---|---|---|---|---|
| **14225329** | 02224 | Daniel, Thomas M. | 7/31/2006 | 0.20 | 0.20 | P | 3346181 | $60.00 | $60.00 | L100.L110 |

*Narrative: Read order granting summary judgment; email to client contact regarding same;*

| **14251601** | 02224 | Daniel, Thomas M. | 8/2/2006 | 0.50 | 0.00 | W | | $150.00 | $0.00 | L100.L110 |

*Narrative: Analyze potential claim for attorney fees; email to D. Hong regarding same;*

| **14264221** | 01509 | Olanna, Kyan | 8/8/2006 | 2.40 | 0.00 | W | | $408.00 | $0.00 | C200.C200 |

*Narrative: Research standard for award of attorney fees against opposing counsel*

| **14265299** | 02224 | Daniel, Thomas M. | 8/8/2006 | 0.20 | 0.00 | W | | $60.00 | $0.00 | L100.L110 |

*Narrative: Conference with K. Olanna regarding attorney fee motion;*

| **14265304** | 01509 | Olanna, Kyan | 8/9/2006 | 0.50 | 0.00 | W | | $85.00 | $0.00 | C200.C200 |

*Narrative: Research standard for recovering attorney fees*

| **14267868** | 02224 | Daniel, Thomas M. | 8/10/2006 | 2.50 | 0.00 | W | | $750.00 | $0.00 | L100.L110 |

*Narrative: Review memo regarding seeking attorney fees against plaintiff's counsel; review main case regarding same; conference with K. Olanna regarding same and request for follow-up research; dictate statement of facts to support motion for fees; email to D.Hong regarding standard and whether to file motion;*

| **14267873** | 01509 | Olanna, Kyan | 8/10/2006 | 5.60 | 0.00 | W | | $952.00 | $0.00 | C200.C200 |

*Narrative: Research inherent authority to sanction attorneys and 28 U.S.C. 1927 case law;*

| **14275417** | 09662 | Nist, Jacob B. | 8/11/2006 | 0.10 | 0.00 | W | | $17.50 | $0.00 | L100.L110 |

*Narrative: Draft motion for extension of time;*

| **14285084** | 01509 | Olanna, Kyan | 8/14/2006 | 2.00 | 0.00 | W | | $340.00 | $0.00 | L100.L110 |

*Narrative: Draft motion for attorney's fees;*

| **14285085** | 01509 | Olanna, Kyan | 8/15/2006 | 3.10 | 0.00 | W | | $527.00 | $0.00 | L100.L110 |

Narrative: *Research award of attorney's fee case law; draft motion for award of attorney's fees;*

| **14288064** | 02224 | Daniel, Thomas M. | 8/17/2006 | 0.20 | 0.00 | W | $60.00 | $0.00 | L100.L110 |

Narrative: *Conference regarding attorney fee motion;*

| **14291960** | 01509 | Olanna, Kyan | 8/17/2006 | 2.30 | 0.00 | W | $391.00 | $0.00 | L200.L250 |

Narrative: *Prepare motion for attorney's fees;*

| **14290647** | 02224 | Daniel, Thomas M. | 8/18/2006 | 0.40 | 0.00 | W | $120.00 | $0.00 | L100.L110 |

Narrative: *Attend cost bill hearing at federal court clerk's office;*

| **14291961** | 01509 | Olanna, Kyan | 8/18/2006 | 4.60 | 0.00 | W | $782.00 | $0.00 | L200.L250 |

Narrative: *Draft motion for attorney's fees;*

| **Total for Matter:** | | | | **24.60** | **0.20** | | **$4,702.50** | **$60.00** | |

| **Total for Client:** | | | | **24.60** | **0.20** | | **$4,702.50** | **$60.00** | |

| **Report Total:** | | | | **24.60** | **0.20** | | **$4,702.50** | **$60.00** | |

*(handwritten:)* − 4.60 / 20.00       − 782.00 / 3920.50

**Status:**   **W** = WIP, **P** = WIP on Prebill, **B** = Billed
**Base Amount:**   Matter Value
**Billed Amount:**   Total amount billed to the client/matter number. It does not include premiums or discounts. WIP (not on prebill) will have a zero "billed" amount.

**Disclaimer:**
This is not a formal bill and should not be sent to a client. It is an informational report for your convenience. It reflects all time that has been updated and recorded in our accounting system as of today. Time entry may be delayed and not yet reflected on this report. This information has not been reviewed by the service lawyer for accuracy.