UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROBERT BORGEN,
    Plaintiff,

                         Case Number 3:05-cv-00056-JWS

v.

UNITED PARCEL SERVICE,
    Defendant.             **JUDGMENT IN A CIVIL CASE**

____ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT plaintiff take nothing from defendant and that defendant recover its costs of action in the amount of $ 1,042.15            .

Defendant United Parcel Service shall have attorneys fees against Dennis R. Ackers in the sum of $17,500.

APPROVED:

/s/ _____
John W. Sedwick
United States District Judge

Date: July 31, 2006

NOTE: Award of prejudgment interest,       Ida Romack
costs and attorney's fees are governed  Ida Romack, Clerk of Court
by D.Ak. LR 54.1, 54.3, and 58.1.

[305cv56JWS-proposed-judgment.wpd][JMT2.WPT*Rev.3/03]