# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Robert Borgen | 3:05-cv-00056 (JWS) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| United Parcel Service | Writ of Execution |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

First National Bank Alaska

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 222 W. 7th Ave., Federal Building, Anchorage, AK

RECEIVED OCT 04 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Thomas M. Daniel
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, AK 99501

| | |
|---|---|
| Number of process served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Personal information to assist banks in identifying any accounts held by Dennis Acker:
Dennis Acker home address is 13030 Bates Circle, Anchorage, AK
Dennis Acker business address is 329 F Street, Ste. 200, Anchorage, AK
Dennis Acker date of birth 2/19/1961

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: (907) 279-8561
DATE: 9/18/07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 6
District to Serve No. 6
Date: 9/20/07

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Beverly Boyd, Branch Manager

Date of Service: 9/25/07  Time: 11 40 am

3 of 5

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | | | | | | |

**REMARKS:** Returned No Funds

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT BORGEN, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| UNITED PARCEL SERVICE, | )   Case No. 3:05-cv-00056 (JWS) |
| | ) |
| Defendant. | ) |

**NOTICE OF LEVY BY A COURT WRIT**

To:   First National Bank Alaska **(Name of Company/Bank)**

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: Dennis Acker, SSN: _____ DOB Redacted _____ not exceeding the sum of $19,406.67 **(includes service fee)** is hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

Date: 9/25/07

Amount of Writ:    $19,080.45

Service Fee:       $     45.00

Interest:          $    281.22
                   (May 31-September 16, 2007)

Total Due:         $19,406.67

RANDY M. JOHNSON
United States Marshal
District of Alaska
222 West 7th Avenue #28
Anchorage, Alaska  99513
(907) 271-5154

By: _____
    Deputy U.S. Marshal

CASE NO: 3:05-cv-00056 (JWS)

# RESPONSE TO LEVY

To United States Marshal:

You are notified that _____

( ) does (X) does not have money, personal property, credits, or debts belonging to

_____, SSN: _____, DOB: _____, in the amount of $_____, of which _____ is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: _____    SIGNATURE: _____
    Michael Martin
(Type or Print Name) Vice President & Legal Counsel
    First National Bank Alaska
TITLE _____ (907) 777-3023

---

Make checks payable to:
"CLERK OF COURT"
Note Case Number on the checks.
************************************
Mail "Response to Levy" & check to:
U.S. Marshals Service
222 W. 7th Ave., #28
Anchorage, AK 99513

---

SEP-25-2007 TUE 11:51 AM FIRST NATIONAL BANK    FAX NO. 907 777 4175    P. 02