| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Robert Borgen | 3:05-cv-00056 (JWS) |
| DEFENDANT | TYPE OF PROCESS |
| United Parcel Service | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

[name redacted — Keybank]

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
101 West Benson Blvd., Anchorage, AK

RECEIVED
OCT 04 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Thomas M. Daniel
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, AK 99501

| | |
|---|---|
| Number of process served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Personal information to assist banks in identifying any accounts held by Dennis Acker
Dennis Acker home address is 13030 Bates Circle, Anchorage, AK
Dennis Acker business address is 329 F Street, ste. 200, Anchorage, AK
Dennis Acker date of birth 2/19/1961

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: (907) 279-8561
DATE: 9/18/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 4 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk | Date: 9/19/07 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Jeannette Bacod Lead CRR

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/24/07    Time: 1530 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | 12.13 | | $237.13 | | | |

10 × 5 = 25 × .485

REMARKS: ×5   45×5 = $225

Returned No funds

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

RECEIVED
SEP 2 5 2007
KEY BANK NA

ROBERT BORGEN, )
)
Plaintiff, )
)
vs. )
)
UNITED PARCEL SERVICE, ) Case No. 3:05-cv-00056 (JWS)
)
Defendant. )
_____)

## NOTICE OF LEVY BY A COURT WRIT

To: Keybank (Name of Company/Bank)

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: Dennis Acker, SSN: _____ DOB Redacted  not exceeding the sum of $19,406.67 (includes service fee) is hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

Date: 9/24/07

| | |
|---|---|
| Amount of Writ: $19,080.45 | RANDY M. JOHNSON<br>United States Marshal<br>District of Alaska<br>222 West 7th Avenue #28<br>Anchorage, Alaska 99513<br>(907) 271-5154 |
| Service Fee: $ 45.00 | |
| Interest: $ 281.22<br>(May 31-September 16, 2007) | |
| Total Due: $19,406.67 | By: _____<br>Deputy U.S. Marshal |

RECEIVED
SEP 2 5 2007
KEY BANK NA

CASE NO: 3:05-cv-00056 (JWS)

## RESPONSE TO LEVY

To United States Marshal:

You are notified that ___KEY BANK___

( ) does (✓) does not have money, personal property, credits, or debts belonging to

___DENNIS ACKER___ SSN: _____ DOB Redacted in the amount of $ _19406.66_

which ___0___ is being released to you. There is no other property of any kind belonging

to judgment debtor in our possession or under our control.

DATE: 9-25-07          SIGNATURE: _Nancy Graycar_
                       (Type or Print Name) _NANCY GRAYCAR_
                       TITLE _clerk_

---

Make checks payable to:
"CLERK OF COURT"
Note Case Number on the checks.
*********************************
Mail "Response to Levy" & check to:
U.S. Marshals Service
222 W. 7th Ave., #28
Anchorage, AK 99513

KeyBank National Association
JUDGMENT PROCESSING
Date 9-25-07  Check Enclosed $ _____
☐ No Record          ☐ No Funds
☑ Account Closed     ☐ No Attachable Accounts

_Nancy Graycar_
Nancy Graycar  1-877-370-6177